A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on May 19, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 04, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AIR CRASH OVER THE MID-ATLANTIC
ON JUNE 1, 2009

MDL No. 2144

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 14, 2010, the Panel transferred two civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 19, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AIR CRASH OVER THE MID-ATLANTIC**
**ON JUNE 1, 2009**                                                          MDL No. 2144

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**          **CASE CAPTION**

FLORIDA SOUTHERN
  FLS   1   10-20760        Sueli DeSouza Barbosa Anastacio, etc. v. Airbus, S.A.S., et al.
  FLS   1   10-20806        Juliana Vale, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20807        Juliana Vale, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20808        Juliana Vale, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20809        Andre Luiz Cordeiro Porcaro, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20810        Angela Maria de Olivei Pereira, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20811        Andre Luiz Cordeiro Porcaro, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20826        Claudia Mara Ayres Gueiros, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20827        Francisco Eugenio Moscon de Faria, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20828        Jose Angelo Dardengo, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20829        Maarten Van Sluys, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20835        Karla Martins Dos Santos, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20836        Adda Esteves de Amorim, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20838        Ana Piazzetta, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20840        Doris Rodrigues da Silva, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20841        Aldair Gomes de Oliveira, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20844        Benedito Jose de Aquino, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20845        Winfried Schmidt, et al. v. Airbus S.A.S., et al.
  FLS   1   10-20846        Monica de Paiva Carval Monlevad, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20847        Vinicius Gusmao de Almeida, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20850        Perola Rodrigues Valle Milman, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20851        Monica Gagliano Juca de Oliveira, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20858        Hercilio Eucebio Machado, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20965        Celia Maria da Silva Owondo, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20966        Alexandra Pichin Salvador, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20968        Carlos Henrique Pachec Braga, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20969        Christine Thill, etc. v. Airbus S.A.S., et al.
  FLS   1   10-20970        Claudio Moreira Henriques, etc. v. Airbus S.A.S., et al.

TEXAS SOUTHERN
  TXS   4   10-1098         Vagner Jacomo, etc. v. Airbus S.A.S., et al.