AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009; AND RELATED ACTIONS.

Plaintiff(s),

V.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: MDL 10-2144 CRB

Notice is hereby given that, subject to approval by the court, __Hamilton Sundstrand Corporation__ substitutes
(Party(s) Name)

__Alan H. Collier__, State Bar No. __150449__ as counsel of record in
(Name of New Attorney)

place of __Alan H. Collier; Mendes & Mount, LLP, 445 S. Figueroa Street, 38th Floor, Los Angeles, CA 90071.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP |
| Address: | 633 W. Fifth Street, 60th Floor, Los Angeles, CA 90071 |
| Telephone: | (213) 873-2100   Facsimile |
| E-Mail (Optional): | alan.collier@fitzhunt.com |

I consent to the above substitution.

Date: May 14, 2010

Hamilton Sundstrand Corporation

_(Signature of Party(s))_

I consent to being substituted.

Date: May 14, 2010

Mendes & Mount, LLP

Robert Flannery
_(Signature of Former Attorney(s))_

I consent to the above substitution.
Date: May 14, 2010

Alan H. Collier
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: May 25, 2010

IT IS SO ORDERED
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]