HOLLAND & KNIGHT LLP
Charles L. Coleman, III [California Bar No. 65496]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: charles.coleman@hklaw.com

HOLLAND & KNIGHT LLP
Christopher G. Kelly (*pro hac vice*)
Alan D. Reitzfeld (*pro hac vice*)
Judith R. Nemsick (*pro hac vice*)
31 West 52nd Street
New York, NewYork 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: christopher.kelly@hklaw.com
       alan.reitzfeld@hklaw.com
       judith.nemsick@hklaw.com

Attorneys for Defendant
SOCIÉTÉ AIR FRANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB**<br><br>**This Document Relates To:**<br>**Case No. 3:10-cv-1936-CRB**<br><br>**STIPULATION CONCERNING BRIEFING SCHEDULE AND DISCOVERY MATTERS** |

WHEREAS on June 15, 2010 Société Air France ("Air France") filed a motion to dismiss the claims against it on the ground of *forum non conveniens*.

WHEREAS on June 15, 2010 Air France filed a motion to dismiss on the ground that the Court lacks subject matter jurisdiction over the claims against Air France.

WHEREAS Air France and the Plaintiffs wish to set a schedule as to the briefing of these motions and as to certain discovery matters.

IT IS HEREBY STIPULATED AND AGREED by and between Air France and Plaintiffs that

1. Plaintiffs may file their oppositions to the motions no later than August 23, 2010.
2. Air France may file its replies in further support of the motions no later than September 10, 2010.
3. Oral argument of the motions shall be on September 24, 2010, at 10:00 am, or as soon thereafter as the Court permits;
4. Air France and the Plaintiffs may continue producing documents pursuant to their Rule 26(a)(1) initial disclosures as such documents are uncovered.
5. Discovery on matters raised in the *forum non conveniens* motion shall be completed by August 23, 2010.
6. No later than September 10, 2010: (a) Air France may depose any declarant who proffers a declaration in support of the Plaintiffs' opposition to either motion; and (b) the Plaintiffs may depose any declarant who proffers a declaration on behalf of Air France in support of the motions. Subject to paragraph 7 below, the depositions referred to in this paragraph do not include depositions of counsel who have appeared for a party in this litigation and submit a declaration primarily for the purpose of identifying documents and statements therein and background matters.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

STIPULATION CONCERNING
BRIEFING SCHEDULE AND
DISCOVERY MATTERS

MDL Docket No. 10-2144-CRB
Case No. 3:10-cv-1936-CRB

7. This stipulation is without prejudice to any party seeking determination from the Court as to the scope of permissible discovery.

Dated: July 21, 2010

HOLLAND & KNIGHT LLP

By: /s/ C. M. Kelly

Christopher G. Kelly (pro hac vice)
Alan D. Reitzfeld (pro hac vice)
Judith R. Nemsick (pro hac vice)
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
*Attorneys for Defendant Société Air France*

MITHOFF LAW FIRM

By: /s/

Richard Warren Mithoff, Jr
One Allen Ctr Penthouse
500 Dallas St
Ste 3450
Houston, TX 77002
*Attorneys for Plaintiffs*



IT IS SO ORDERED
Judge Charles R. Breyer

July 23, 2010

# 9546447_v4

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910