HOLLAND & KNIGHT LLP
Charles L. Coleman III [California Bar No. 65496]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email: charles.coleman@hklaw.com

HOLLAND & KNIGHT LLP
Christopher G. Kelly (*pro hac vice*)
Alan D. Reitzfeld (*pro hac vi*ce)
Judith R. Nemsick (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010
Email:  christopher.kelly@hklaw.com
        alan.reitzfeld@hklaw.com
        judith.nemsick@hklaw.com

Attorneys for Third-Party Defendant
SOCIÉTÉ AIR FRANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB** |
|---|---|
| | **This Document Relates To:** **Case Nos. 3:09-CV-5020-CRB; 3:10-CV-977-CRB; 3:10-CV-1828-CRB; 3:10-CV-1843-CRB 3:10-CV-2263-CRB; 3:10-CV-2264-CRB; 3:10-CV-2265-CRB; 3:10-CV-2266-CRB; 3:10-CV-2267-CRB; 3:10-CV-2268-CRB; 3:10-CV-2270-CRB; 3:10-CV-2271-CRB; 3:10-CV-2272-CRB; 3:10-CV-2273-CRB; 3:10-CV-2274-CRB; 3:10-CV-2275-CRB; 3:10-CV-2276-CRB; 3:10-CV-2277-CRB; 3:10-CV-2278-CRB; 3:10-CV-2279-CRB; 3:10-CV-2280-CRB; 3:10-CV-2281-CRB; 3:10-CV-2282-CRB; 3:10-CV-2283-CRB; 3:10-CV-2284-CRB; 3:10-CV-2285-CRB; 3:10-CV-2286-CRB; 3:10-CV-2287-CRB; 3:10-CV-2288-CRB; 3:10-CV-2289-CRB; 3:10-CV-2290-CRB; 3:10-CV-** |

RESPONSE TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS'
MOTION FOR LEAVE TO EXCEED PAGE LIMITS STANDING ORDERS

MDL Docket No. 10-2144-CRB

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2354-CRB; 3:10-CV-2420-CRB; 3:10-CV-2950**

**RESPONSE TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS SET IN STANDING ORDERS**

**Hearing Date:  TBD**
**Time:  TBD**
**Before:  Hon. Charles R. Breyer**
**Place:  Courtroom 8, 19th Floor**

Third-Party Defendant Société Air France ("Air France") respectfully submits this Response to the motion by Defendants and Third-Party Plaintiffs Airbus S.A.S. ("Airbus"), Intel Corporation ("Intel"), and Thales Avionics S.A. ("Thales") for leave to exceed the page limits set in the Court's Standing Orders.

Now that the information – length and date of filing –have been made evident for the first time via ECF filing, Air France does not oppose the motion (Doc. No. 646) by Airbus, Thales and Intel for leave to exceed page limits in connection with their response to Air France's motions to dismiss the Third-Party Complaints for lack of subject matter jurisdiction.

An unreturned voice mail message of August 19, 2010 to counsel for Thales (as Airbus' counsel advised he was unavailable) and an unreturned email message of that same date to Airbus' counsel apparently resulted in the appearance of a dispute when, in fact, there is none.

Dated:  New York, New York
     August 24, 2010           Respectfully Submitted,

                      HOLLAND & KNIGHT LLP

               By: /s/ Christopher G. Kelly
                  Christopher G. Kelly *(pro hac vice)*
                  31 West 52nd Street
                  New York, New York 10019
                  Tel.:  (212) 513-3200
                  Fax:  (212) 385-9010

                 *Attorneys for Third-Party*
                 *Defendant Société Air France*

# 9716119_v3

RESPONSE TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS'       MDL Docket No. 10-2144-CRB
MOTION FOR LEAVE TO EXCEED PAGE LIMITS STANDING ORDERS