UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Sep 24, 2010**

FILED
CLERK'S OFFICE

**IN RE: AIR CRASH OVER THE MID-ATLANTIC
ON JUNE 1, 2009**

MDL No. 2144

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On April 14, 2010, the Panel transferred two civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2010).  Since that time, 32 additional actions have been transferred to the Northern District of California.  With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 12, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AIR CRASH OVER THE MID-ATLANTIC**
**ON JUNE 1, 2009**                                            MDL No. 2144

**SCHEDULE CTO-3 - TAG-ALONG ACTIONS**

**DIST. DIV. C.A. #**                  **CASE CAPTION**

FLORIDA SOUTHERN
  FLS  1  10-22801          Fernando Schnabl, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22803          Fernando Schnabl, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22842          Osvaldo Bulos Seba, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22846          Renato Machado Cotta, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22847          Alice Maria da Silva, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22848          Anibal Fonseca Lima Filho, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22849          Deqiang Chen, etc. v. Airbus S.A.S., et al.
  FLS  1  10-22850          Paulo Elias, etc. v. Airbus S.A.S., et al.