UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AIR CRASH OVER THE
MID−ATLANTIC ON JUNE 1, 2009             MDL No. 2144

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−5)**

On April 14, 2010, the Panel transferred 2 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 706 F.Supp.2d 1372 (J.P.M.L. 2010). Since that time, 41 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable Charles R Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Jan 24, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AIR CRASH OVER THE
MID−ATLANTIC ON JUNE 1, 2009**  MDL No. 2144

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 1 | 10−23143 | Bentaieb v. Airbus S.A.S. et al |
| FLS | 1 | 10−23146 | Kersten et al v. Airbus SAS et al |
| FLS | 1 | 10−23147 | Dos Santos v. Airbus SAS et al |