1   Thad T. Dameris (*pro hac vice*)
    HOGAN LOVELLS US LLP
2   700 Louisiana Street, Suite 4300
    Houston, Texas 77002
3   Tel: 713-632-1410
    Fax: 713-583-6297
4   Thad.dameris@hoganlovells.com

5   Norman J. Blears (State Bar. No. 95600)
    HOGAN LOVELLS US LLP
6   525 University Avenue, 4th Floor
    Palo Alto, California 94301
7   Tel: 650-463-4000
    Norman.blears@hoganlovells.com
8   Counsel for Defendant AIRBUS S.A.S.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  | *In re:* **AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009** | CASE NO. 3:10-MD-2144 CRB |
    |---|---|
13  | | APPLIES TO *DARDENGO* AND *GUENOON* CASES |
14  | | |
15  | | **STIPULATED BRIEFING SCHEDULE FOR U.S. MANUFACTURING DEFENDANTS' MOTION TO DISMISS *DARDENGO* AND *GUENOON* FOR *FORUM NON CONVENIENS*** |
16
17
18
19  | | Hearing Date: n/a
    Time: n/a |
20  | | Before: Hon. Charles R. Breyer
    Place: Courtroom 8, 19th Floor |
21
22
23
24
25
26
27
28

STIPULATED BRIEFING SCHEDULE FOR                                   CASE NO. 3:10-MD-2144 CRB
U.S. MANUFACTURING DEFENDANTS'
MOTION TO DISMISS
\\\DC - 027627/000047 - 3206385 v1

## STIPULATION

Pursuant to the Court's order from oral argument on February 4, 2011, Plaintiffs and the Manufacturing Defendants jointly agree to the following filing dates in connection with the U.S. Manufacturing Defendants' motion to dismiss the *Dardengo* and *Guenoon* complaints based on the *forum non conveniens* doctrine:

April 1, 2011—Due date for U.S. Manufacturing Defendants to file their motion to dismiss for *forum non conveniens* in *Dardengo* and *Guenoon*

April 15, 2011—Last date for U.S. Manufacturing Defendants to present declarants for depositions in Miami, San Francisco, or Paris, France

April 29, 2011—Due date for Plaintiffs' response to Manufacturing Defendants' motion to dismiss

May 13, 2011—Last date for Plaintiffs to present declarants for depositions in Miami, San Francisco, or Paris, France

May 20, 2011—Due date for U.S. Manufacturing Defendants' reply

June 3, 2011—Hearing date.

DATED: February 15, 2011

Thad T. Dameris /by permission
Thad T. Dameris
Liaison Counsel for Manufacturing Defendants

DATED: February 15, 2011

Michael Verna /by permission
Michael P. Verna
Liaison Counsel for Plaintiffs

Signed: February 17, 2011

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATED BRIEFING SCHEDULE FOR U.S. MANUFACTURING DEFENDANTS' MOTION TO DISMISS

CASE NO. 3:10-MD-2144 CRB

\\\DC - 027627/000047 - 3206385 v1