Leo J. Murphy (SBN 54947)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
Email: lmurphy@schnader.com

Jonathan M. Stern (admitted *pro hac vice*)
Keith E. Whitson (admitted *pro hac vice*)
Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW, Suite 550
Washington, DC 20001
Tel: (202) 419-4202
Fax: (202) 419-4252
Email: jstern@schnader.com
Email: kwhitson@schnader.com

Attorneys for Defendants MOTOROLA, INC. and
FREESCALE SEMICONDUCTOR, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009<br><br>**This Document Relates To:**<br><br>**Dardengo v. Airbus SAS, et al.**<br>**C 10-4948 CRB**<br><br>**Guenoon v. Airbus SAS, et al.**<br>**C 10-5513 CRB** | Case No. MDL 10-2144 CRB<br><br>Honorable Charles R. Breyer<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINTS** |

1   It is hereby stipulated by and between defendants/third-party plaintiffs Motorola, Inc.,
2 Freescale Semiconductor, Inc., Intel Corporation and Honeywell International Inc. (collectively
3 the "Third-Party Plaintiffs") and third-party defendant Société Air France ("Air France"), that
4 the deadline for Air France to answer, move, or otherwise respond to each third-party complaint
5 is the later of (a) August 15, 2011, or (b) 60 days following service of the third-party complaint
6 on Air France.

7
8                                                  SCHNADER HARRISON SEGAL & LEWIS LLP
9 Dated: _____          _____
10                                                 Jonathan M. Stern
                                                    Attorneys for
11                                                 Motorola, Inc. and Freescale Semiconductor, Inc.

12
                                                    PERKINS COIE
13
14 Dated: _____          _____
15                                                 John D. Dillow
                                                    Attorneys for Intel Corporation.
16
17                                                 MORRISON & FOERSTER LLP

18 Dated: _____          _____
19                                                 William V. O'Connor
                                                    Attorneys for
20                                                 Honeywell International Inc.

21
22                                                 HOLLAND & KNIGHT
23 Dated: _____          _____
                                                    Christopher G. Kelly
24                                                 Attorneys for Société Air France
25
26
27
28

2
STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINTS
Case No. MDL 10-2144 CRB (Case No. C 10-4948 CRB)                                PHDATA 3381226_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

It is hereby stipulated by and between defendants/third-party plaintiffs Motorola, Inc., Freescale Semiconductor, Inc., Intel Corporation and Honeywell International Inc. (collectively the "Third-Party Plaintiffs") and third-party defendant Société Air France ("Air France"), that the deadline for Air France to answer, move, or otherwise respond to each third-party complaint is the later of (a) August 15, 2011, or (b) 60 days following service of the third-party complaint on Air France.

SCHNADER HARRISON SEGAL & LEWIS LLP

Dated: _____

Jonathan M. Stern
Attorneys for
Motorola, Inc. and Freescale Semiconductor, Inc.

PERKINS COIE

/s/ John D. Dillow

Dated: _____

John D. Dillow
Attorneys for Intel Corporation.

MORRISON & FOERSTER LLP

/s/ W. O'Connor

Dated: _____

William V. O'Connor
Attorneys for
Honeywell International Inc.

HOLLAND & KNIGHT

Dated: _____

Christopher G. Kelly
Attorneys for Société Air France

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785