FILED

MAY 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, | No. 10-17568 |
|---|---|
| HAMPTON HARRIS, Individually, and as Personal Representative of the Estates of Michael Harris and Anne Harris, Deceased; et al., | D.C. Nos.  3:10-cv-01936-CRB<br>3:10-md-02144-CRB<br>Northern District of California, San Francisco |
| Plaintiffs - Appellants, | ORDER |
| v. | |
| SOCIETE AIR FRANCE; et al., THALES AVIONICS, S.A., | |
| Defendants - Appellees. | |

The clerk order entered on May 18, 2011 is vacated.

The parties' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

RGA/Mediation

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation