**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
—————————
www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                   415.522.2000

May 25, 2011

CASE NUMBER:   **CV 10-01936 CRB (10-MD-2144 CRB)**
CASE TITLE:    **HAMPTON HARRIS-v- SOCIETE AIR FRANCE**
DATE MANDATE FILED:   5/18/2011


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk


                        by:  **Mark J. Jenkins**
                        Case Systems Administrator


Distribution:   CIVIL         -     Counsel of Record

                CRIMINAL  -     Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office


NDC App-16