AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Patricia E.E. Coakley, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.   11-cv-02570 ~~JCS~~ WHA |
| Intel Corporation, a corporation | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| | ) |
| Societe Air France | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

> Societe Air France
> San Francisco International Airport
> International Terminal
> 780 McDonnell Road
> San Francisco, CA  94128-8097

A lawsuit has been filed against defendant ___Intel Corporation___, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___Patricia E.E. Coakley. et al.___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

> Troy P. Sauro
> Perkins Coie LLP
> 4 Embarcadero Center, Suite 2400
> San Francisco, CA  94111

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard R. Patch/Howard A. Slavitt
> Coblentz, Patch, Duffy & Bass LLP
> One Ferry Buidling, Suite 200
> San Francisco, CA  94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may — but are not required to — respond to it.

Date: __June 01, 2011__

CLERK OF COURT   **RICHARD W. WIEKING**

WILLIAM *NOBLE*

*Signature of Clerk or Deputy Clerk*

AO-441

FOR COURT USE ONLY

Attorney Or Party Without Attorney (Name and address):

TROY SAURO, ESQ. (224097)
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, Ca 94111     **(415) 344-7000**

Attorneys for:   INTEL CORPORATION

Ref. No. Or File No.
W2577889

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
PATRICIA E.E. COAKLEY

Defendant:
INTEL CORPRORATION, a corporation

| PROOF OF SERVICE | Date: | Time: | Dept/Div | Case Number:<br>3:11-cv-02570 WHA |
|---|---|---|---|---|

I, William E. Galdamez              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS ON THIRD-PARTY COMPLAINT; INTEL CORPORATION'S THIRD-PARTY
COMPLAINT AGAINST SOCIETE' AIR FRANCE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : SOCIETE' AIR FRANCE

By Serving         : MARYAM ARIA, Passenger Services Agent/Authorized to Accept Service of Process

Address            : International Terminal , San Francisco, CA  94128
Date & Time        : Thursday, June 2, 2011 @   1:55 p.m.
Witness fees were  : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  796
   (3) County: Contra Costa
   (4) Expires: 3/5/2012

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: June 2, 2011                              Signature:_____
                                                              William E. Galdamez


Printed on recycled paper