HOLLAND & KNIGHT LLP
Charles L. Coleman, III [California Bar No. 65496]
50 California Street, 28th Floor
San Francisco, California 94111
Tel.: (415) 743-6900
Fax.: (415) 743-6910
Email: charles.coleman@hklaw.com

HOLLAND & KNIGHT LLP
Christopher G. Kelly (*pro hac vice*)
Alan Reitzfeld (*pro hac vice*)
Judith R. Nemsick (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax.: (212) 385-9010
Email: christopher.kelly@hklaw.com
       alan.reitzfeld@hklaw.com
       judith.nemsick@hklaw.com

Attorneys for Third-Party Defendant
SOCIÉTÉ AIR FRANCE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| This Document Relates To:<br><br>Carrilho v. Airbus SAS, et al.<br>3:10-cv-4908-CRB<br><br>Schnabl v. Airbus SAS, et al.<br>3:10-cv-4967-CRB<br><br>Schnabl v. Airbus SAS, et al.<br>3:10-cv-4968-CRB<br><br>Seba v. Airbus SAS, et al.<br>3:10-cv-4969-CRB<br><br>Cotta v. Airbus SAS, et al.<br>3:10-cv-4970-CRB | STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINTS |

*Holland & Knight LLP*
*50 California Street, 28th Floor*
*San Francisco, CA 94111*
*Tel: (415) 743-6900*
*Fax: (415) 743-6910*

| | |
|---|---|
| 1 | Silva v. Airbus SAS, et al.<br>3:10-cv-4971-CRB |
| 2 | Filho v. Airbus SAS, et al.<br>3:10-cv-4972-CRB |
| 3 | |
| 4 | Chen v. Airbus SAS, et al.<br>3:10-cv-4973-CRB |
| 5 | Elias v. Airbus SAS, et al.<br>3:10-cv-4974-CRB |
| 6 | |
| 7 | Dos Santos v. Airbus SAS, et al.<br>3:11-cv-558-CRB |
| 8 | Bentaieb v. Airbus SAS, et al.<br>3:11-cv-559-CRB |
| 9 | |
| 10 | Kersten v. Airbus SAS, et al.<br>3:11-cv-560-CRB |

It is hereby stipulated by and between defendant/third-party plaintiff Intel Corporation and third-party defendant Société Air France ("Air France") that the deadline for Air France to answer, move, or otherwise respond to each third-party complaint is August 15, 2011.

PERKINS COIE

Dated: 6-7-11

_____
John D. Dillow
Attorneys for Intel Corporation

HOLLAND & KNIGHT LLP

Dated: 6/7/11

_____
Christopher G. Kelly
Attorneys for Société Air France

**IT IS SO ORDERED.**

Dated: June 15, 2011

_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION EXTENDING [TIME TO] RESPOND TO THIRD-PARTY COMPLAINTS

MDL Docket No. 10-2144-CRB

*[Left margin: Holland & Knight LLP, 50 California Street, 28th Floor, San Francisco, CA 94111, Tel: (415) 743-6900, Fax: (415) 743-6910]*