IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA E. E. COAKLEY, *et al.*,

    Plaintiffs,

v.

TYCO ELECTRONICS CORPORATION, *et al.*,

    Defendants.

No. C 11-02570 WHA

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Charles Breyer to determine whether it is related to *In re Air Crash Over the Mid-Atlantic on June 1, 2009*, No. 3:10-md-02144-CRB.

    **IT IS SO ORDERED.**

Dated: June 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE