United States District Court
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICIA E. E. COAKLEY, *et al.*,

11              Plaintiffs,                     No. C 11-02570 WHA

12        v.

13   TYCO ELECTRONICS CORPORATION,              ***SUA SPONTE* JUDICIAL REFERRAL**
     *et al.*,                                  **FOR PURPOSES OF DETERMINING**
14                                              **RELATIONSHIP OF CASES**

15              Defendants.
     _____/

16

17        Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge

18   Charles Breyer to determine whether it is related to *In re Air Crash Over the Mid-Atlantic on*

19   *June 1, 2009*, No. 3:10-md-02144-CRB.

20

21        **IT IS SO ORDERED.**

22   Dated:  June 17, 2011.                     _____
23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28