|   |   |
|---|---|
| 1 | TROY SAURO (SBN 224097)<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111-4131<br>Telephone:  415.344.7000 |
| 2 | Facsimile:  415.344.7050<br>TSauro@perkinscoie.com |
| 3 |   |
| 4 | JOHN DILLOW (SBN 50403) (*Pro Hac Vice*)<br>V.L. WOOLSTON (*Pro Hac Vice*) |
| 5 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 |
| 6 | Telephone:  (206) 359-8000<br>Facsimile:  (206) 359-9000 |
| 7 | JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com |
| 8 | Attorneys for Defendant |
| 9 | INTEL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: AIR CRASH OVER THE<br>MIDATLANTIC<br>ON JUNE 1, 2009<br>_____<br>This Document Relates to:<br>3:11-cv-02583-JCS Mitropoulos<br>4:11-cv-028581-LB Necipoglu | MDL Docket No. 10-2144 CRB<br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND ASSIGNED TO MDL 2144**<br><br>Pursuant to Local Rules 3-12 and 7-11 |
|---|---|

On July 21, 2011, Defendant Intel Corporation filed an "Administrative Motion to Consider Whether Cases Should Be Related and Assigned to MDL 2144," pursuant to Local Rules 3-12 and 7-11 and JPML Procedural Rule 7.5.  The Court, having duly considered the papers filed in support of the motion and any opposition that may have been filed, and for good cause shown, hereby GRANTS the Motion.

**PROPOSED ORDER**

- 1 -

IT IS HEREBY ORDERED that the following cases be deemed related, and shall be consolidated and jointly assigned to the Honorable Charles Beyer, the judge to whom the first-filed case is currently assigned:

1) Necipoglu, et al. v. Societe Air France, et al., case number 4:11-cv-02581-LB.

2) Mitropoulos, et al. v. Societe Air France, et al., case number 3:11-cb-0285-JCS.

IT IS FURTHER ORDERED THAT the *Necipoglu* and *Mitripoulos* cases are considered a "tag-along actions" and are hereby assigned as part of the MDL Case Number 10-2144.

IT IS SO ORDERED

Signed: _____ July 25 , 2011.

Honorable Charles Breyer
United States District



**PROPOSED ORDER**

- 2 -