| | |
|---|---|
| 1 | SHEILA A. SUNDVALL (IL# 6198659) |
| | sheilasundvall@paulhastings.com |
| 2 | CHRISTOPHER F. ALLEN (IL# 6298965) |
| | christopherallen@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 191 North Wacker Drive |
| 4 | Thirtieth Floor |
| | Chicago, IL 60606 |
| 5 | Telephone:  (312) 499-6000 |
| | Facsimile:   (312) 499-6100 |
| 6 | |
| | CHRISTOPHER M. MOONEY (SB# 251774) |
| 7 | christophermooney@paulhastings.com |
| | PAUL HASTINGS LLP |
| 8 | 55 Second Street |
| | Twenty-Fourth Floor |
| 9 | San Francisco, CA  94105-3441 |
| | Telephone:  (415) 856-7000 |
| 10 | Facsimile:  (415) 856-7100 |
| 11 | Attorneys for Defendants |
| | GENERAL ELECTRIC COMPANY AND GE |
| 12 | AVIATION SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 3:10-md-02144-CRB |
| | **NOTICE OF CHANGE OF FIRM NAME** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Paul, Hastings, Janofsky & Walker LLP, counsel for General Electric Company and GE Aviation Systems, LLC, is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

| | | |
|---|---|---|
| 1 | DATED: July 29, 2011 | PAUL HASTINGS LLP |
| 2 | | |
| 3 | | By:            /s/ Sheila A. Sundvall |
| 4 | | Sheila A. Sundvall (IL# 6198659) |
| | | Christopher F. Allen (IL# 6298965) |
| 5 | | PAUL HASTINGS LLP |
| | | 191 North Wacker Drive |
| 6 | | Thirtieth Floor |
| | | Chicago, IL 60606 |
| 7 | | Telephone:  (312) 499-6000 |
| | | Facsimile:   (312) 499-6100 |
| 8 | | sheilasundvall@paulhastings.com |
| | | christopherallen@paulhastings.com |
| 9 | | |
| | | Attorneys for Defendants |
| 10 | | GENERAL ELECTRIC COMPANY AND GE |
| | | AVIATION SYSTEMS, LLC |

NOTICE OF CHANGE OF FIRM NAME
MDL NO. 10-2144 CRB                    -2-

LEGAL_US_E # 94222954.1

<u>Certificate of Service</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this July 29, 2011, with a copy of this document via the Court's CM/ECF system.  I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                /s/ Christopher F. Allen
                   Christopher F. Allen

NOTICE OF CHANGE OF FIRM NAME
MDL NO. 10-2144 CRB  -1-

LEGAL_US_E # 94323954.1