Thad T. Dameris (*pro hac vice*)
HOGAN LOVELLS US LLP
700 Louisiana Street, Suite 4300
Houston, Texas  77002
Tel:  713-632-1410
Fax:  713-583-6297
Thad.dameris@hoganlovells.com

Norman J. Blears (State Bar. No. 95600)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Tel:  650-463-4000
Norman.blears@hoganlovells.com
Counsel for Defendant AIRBUS S.A.S.

Counsel for Additional Defendants are listed on the signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009* | **MDL DOCKET: 3:10-MD-2144 CRB**<br><br>**This Document Relates To All Cases**<br><br>**MANUFACTURING DEFENDANTS' STATUS REPORT**<br><br>Hearing Date:  N/A<br>Time:  N/A<br>Before:  Hon. Charles R. Breyer<br>Place:  Courtroom 8, 19th Floor |

## STATUS REPORT

Defendants Airbus S.A.S., Airbus Americas, Thales Avionics S.A., Thales USA, Inc., Thales Group, Honeywell International Inc., Motorola, Inc., Freescale Semiconductor, Inc., Intel Corporation, Rockwell Collins, Inc., General Electric Company, GE Aviation Systems, LLC, Rosemount Aerospace Inc., E.I. du Pont de Nemours and Company, Tyco Electronics Corporation, Raychem Company, and Hamilton Sundstrand Corporation ("Manufacturing Defendants") file this status report to update the Court on the current posture of cases and to suggest a process for terminating all cases relating to the crash of Air France Flight 447 ("the Accident").

On July 15, 2011, plaintiffs filed 25 notices of appeal to the Ninth Circuit for review of

this Court's orders granting Manufacturing Defendants' motions to dismiss for *forum non conveniens* and denying plaintiffs' motions for reconsideration. However, there are still 15 Tag-Along Actions in which the Court has not entered an order of dismissal, including three Tag-Along Actions that plaintiffs appealed, prematurely, to the Ninth Circuit. Additionally, the Court has not entered a separate document that finalizes the judgment of dismissal in any of the cases. Manufacturing Defendants submit this filing to outline the status of cases and suggest procedures that will ensure the proper dismissal of all cases relating to the Accident.

I.  **Current Status Of Cases**

Plaintiffs filed a total of 57 lawsuits against some or all of the Manufacturing Defendants. On October 4, 2010, and June 15, 2011, the Court entered orders granting Manufacturing Defendants' motions to dismiss and denying plaintiffs' motion for reconsideration. *See* D.E. 766: Order Granting *Forum Non Conveniens* Dismissal ("October Order"); D.E. 957: Order Granting Motion to Dismiss and Denying Motion for Reconsideration ("June Order"). However, the October and June Orders do not apply to all the lawsuits because some lawsuits were not transferred to this Court's MDL docket until after the two Orders were entered.

Based largely on the different filing dates for plaintiffs' lawsuits, the 57 cases fall into one of three categories:

Category 1. Forty-two lawsuits are subject to the October and/or June Orders. These cases will be ready for appeal once the Court enters a separate document finalizing the judgment.

Category 2. There are 12 Tag-Along Actions that were filed before the October Order, but were assigned to this Court's MDL docket <u>after</u> the October Order.[1] On April 1, 2011, Manufacturing Defendants moved to dismiss the 12 Category 2 cases on *forum non conveniens* grounds. *See* D.E. 831, 833. Plaintiffs did not respond to the motion to dismiss and the Court has not entered an order dismissing the Category 2 cases. However, plaintiffs filed notices of appeal

---

[1] The 12 Category 2 cases are: *Carrilho v. Airbus S.A.S.*, 3:10-CV-4908-CRB; *Schnabl v. Airbus S.A.S.*, 3:10-CV-4968-CRB; *Schnabl v. Airbus S.A.S.*, 3:10-CV-4967-CRB; *Seba v. Airbus S.A.S.*, 3:10-CV-4969-CRB; *Cotta v. Airbus S.A.S.*, 3:10-CV-4970-CRB; *da Silva v. Airbus S.A.S.*, 3:10-CV-4971-CRB; *Filho v. Airbus S.A.S.*, 3:10-CV-4972-CRB; *Chen v. Airbus S.A.S.*, 3:10-CV-4973-CRB; *Elias v. Airbus S.A.S.*, 3:10- CV-4974-CRB; *Bentaieb v. Airbus S.A.S.*, 3:11-CV-00559-CRB; *Dos Santos v. Airbus S.A.S.*, 3:11-CV-00558 CRB; *Kersten v. Airbus S.A.S.*, 3:11-CV-00560-CRB.

to the Ninth Circuit in the following three Category 2 cases: *Schnabl v. Airbus S.A.S.*, 3:10-CV-4968-CRB, *Chen v. Airbus S.A.S.*, 3:10-CV-4973-CRB, and *Dos Santos v. Airbus S.A.S.*, 3:11-CV-00558 CRB. As explained below, this Court still has jurisdition to dismiss all the Category 2 cases.

<u>Category 3.</u> Two cases—*Necipoglu v. Societe Air France, et al.,* 4:11-CV-02581-CRB; and *Mitropoulos v. Societe Air France, et al.*, 3:11-CV-02583 CRB—were filed on May 27, 2011, and were assigned to this Court's MDL docket as Tag-Along Actions on July 25, 2011. *See* D.E. 962. On July 29, 2011, Manufacturing Defendants moved to dismiss these two Category 3 cases. *See* D.E. 6; 4:11-CV-02581-CRB, D.E. 6; 3:11-CV-02583 CRB. A third case, *Coakley v. Tyco Electronics Corporation, et al.*, 3:11-CV-02570-CRB, was filed on May 27, 2011, and was assigned to this Court's MDL docket on June 22, 2011. *See* D.E. 960. On July 28, 2011, Manufacturing Defendants and Coakley filed a Stipulation and Proposed Order of Dismissal. *See* D.E. 36; Case 3:11-cv-02570-CRB.

Finally, a separate document setting forth the judgment of dismissal has not been entered on the docket for any of the 57 lawsuits.

**II.      Suggested Steps To Finalize Dismissal**

To expedite resolution of all lawsuits relating to the Accident, Manufacturing Defendants submit that the Court should first enter orders dismissing the Category 2 and 3 cases and then finalize judgment in a separate document in all cases as set forth in Fed. R. Civ. P. 58(a).

**A.      Category 2 Cases**

Manufacturing Defendants already moved to dismiss the 12 Category 2 cases and plaintiffs allowed the response date to pass without filing an opposition. For these 12 Category 2 cases, the Court should enter an order of dismissal.

Moreover, the premature notices of appeal filed in *Schnabl*, *Chen*, and *Dos Santos* do not preclude this Court from entering orders dismissing those actions. The notices of appeal are premature because there is no final order or judgment to be appealed. *See* 28 U.S.C. § 1291 (Courts of appeals have jurisdiction of appeals "from all final decisions of the district courts…"). It is well established that, when a party attempts to appeal a non-appealable interlocutory order,

the district court retains jurisdiction: "When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district court cannot act until the mandate has issued on the appeal does not apply." *Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (citing *Ruby v. Secretary of Navy*, 365 F.2d 385, 388-89 (9th Cir. 1966)); *see also, e.g., Estate of Conners by Meredith v. O'Connor*, 6 F.3d 656, 658 (9th Cir. 1993); *Turner v. Oakland Police Officers*, No. 09-03653, 2010 WL 2491440, at *1 n.1 (N.D. Cal. June 15, 2010); *Rodriguez v. General Dynamics Armament & Tech. Prods.*, No. 08-189, 2010 WL 1507979, at *3 (D. Haw. Apr. 13, 2010). Here, the Court has not entered *any* order with respect to the Category 2 cases and so the notices of appeal filed in the *Schnabl*, *Chen*, and *Dos Santos* actions do not affect the Court's jurisdiction. The Court may "disregard the purported notice of appeal and proceed with the case, knowing that it has not been deprived of jurisdiction." *See Ruby*, 365 F.2d at 389.

### B.     Category 3 Cases

On July 29, 2011, Manufacturing Defendants moved to dismiss two Category 3 cases—*Necipoglu* and *Mitropoulos*. Plaintiffs will have until August 12, 2011, within which to file a response. Once the date for plaintiffs' response passes, the Court should enter an order dismissing the two Category 3 cases for re-filing in France on grounds of *forum non conveniens*. The third Category 3 case, *Coakley*, only requires entry by the Court of the stipulated order of dismissal.

### C.     Enter A Separate Document To Finalize Judgment In All Cases

After entering orders dismissing all the Category 2 and 3 cases, the Court should finally enter a separate document pursuant to Fed. R. Civ. P. 58(a) finalizing judgment dismissing all Category 1, 2, and 3 cases. A separate document finalizing judgment will provide a single reference point for all plaintiffs who wish to file notices of appeal to the Ninth Circuit.[2]

---

[2] The Category 1 plaintiffs who filed notices of appeal will not have to file a new notice of appeal. *See* Fed. R. App. P. 4(a)(2) ("A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry.").

MANUFACTURING DEFENDANTS' STATUS REPORT     4     CASE NO. 3:10-MD-2144 CRB

\\\DC - 027627/000047 - 3279264 v1

### III. Conclusion

Manufacturing Defendants submit that by entering orders dismissing all lawsuits, and a separate document finalizing judgment, the Court will complete all litigation relating to the Accident in the district court and provide clarity as to the timing for filing notices of appeal thus ensuring that all plaintiffs who seek appellate review will be able to do so unencumbered by jurisdictional obstacles.

Date: July 29, 2011

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By:  /s/Thad T. Dameris

Thad T. Dameris*
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.:  713-632-1400
Fax:  713-583-6297
thad.dameris@hoganlovells.com

Norman J. Blears (State Bar. No. 95600)
Hogan Lovells US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Tel.:  650-463-4000
norman.blears@hoganlovells.com

**Attorneys for Defendant AIRBUS S.A.S.**
* *Admitted pro hac vice*

John Dillow
V.L. Woolston
PERKINS COIE LLP
1201 Third Avenue, Suite 4800 Seattle, WA 98101
Tel:  206-359-8000
Fax:  206-359-9000
Email: jdillow@perkinscoie.com
Email: vwoolston@perkinscoie.com

**Counsel for Defendant Intel Corporation**

Eugene Massamillo
Richard A. Walker
KAPLAN, MASSAMILLO & ANDREWS, LLC
200 W. Madison Street, 16th Floor

MANUFACTURING DEFENDANTS' STATUS REPORT        5        CASE NO. 3:10-MD-2144 CRB

\\\DC - 027627/000047 - 3279264 v1

Chicago, IL 60606
Tel: 312-345-3000
Fax: 312-345-3119
Email: emassamillo@kmalawfirm.com
Email: rwalker@kmalawfirm.com

**Counsel for Defendant Thales Avionics, S.A.; Thales USA, Inc.; Thales Group**

William V. O'Connor
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, CA 92130
Phone: (858) 720-5100
Fax: (858) 720-5125
Email: woconnor@mofo.com

**Counsel for Honeywell International Inc.**

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
750 Ninth Street, N.W., Suite 550
Washington, DC 20001
Phone: (202) 419-4202
Fax: (202) 419-4252
Email: jstern@schnader.com

**Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.**

Patrick E. Bradley
REED SMITH LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
Tel: (609) 987-0050
Fax: (609) 951-0824
Email: pbradley@reedsmith.com

**Counsel for Rockwell Collins, Inc.**

Sheila A. Sundvall
PAUL HASTINGS LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Phone: (312) 499-6000
Fax: (312) 499-6100
Email: sheilasundvall@paulhastings.com

**Counsel for General Electric Co. and GE Aviation Systems, LLC**

Raymond G. Mullady, Jr.

BLANK ROME LLP
Watergate 600 New Hampshire Ave., NW
Washington, DC 20037
Tel: (202) 772-5828
Fax: (202) 572-8414
Email: mullady@blankrome.com

**Counsel for Rosemount Aerospace Inc.**

Lisa J. Savitt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
Email: lsavitt@crowell.com

**Counsel for E.I. du Pont de Nemours and Company**

Alan H. Collier
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO & AUBERT LLP
633 West Fifth Street
60th Floor
Los Angeles, CA 90071
PHONE: (213) 873-2100
FAX: (213) 873-2125
Email: alan.collier@fitzhunt.com

**Counsel for Hamilton Sundstrand Corporation**

James Hunt
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO & AUBERT LLP
633 West Fifth Street
60th Floor
Los Angeles CA 90071
PHONE: (213) 873-2100
FAX: (213) 873-2125
Email: james.hunt@fitzhunt.com

**Counsel for Tyco Electronics Corporation and Raychem Company**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                               */s/Thad T. Dameris*