UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144 CRB<br>**3:10-CV-04908 CRB**<br>**3:10-CV-04967 CRB**<br>**3:10-CV-04968 CRB**<br>**3:10-CV-04969 CRB**<br>**3:10-CV-04970 CRB**<br>**3:10-CV-04971 CRB**<br>**3:10-CV-04972 CRB**<br>**3:10-CV-04973 CRB**<br>**3:10-CV-04974 CRB**<br>**3:11-CV-00558 CRB**<br>**3:11-CV-00559 CRB**<br>**3:11-CV-00560 CRB** |

**[PROPOSED] ORDER**

This matter came before the Court upon Manufacturing Defendants' Motion to Dismiss Tag-Along Actions. It is hereby ordered that the Motion is GRANTED and is made subject to Manufacturing Defendants' agreement to the following conditions:

1. to submit to the jurisdiction of a French civil court in connection with actions refiled in France by plaintiffs;

2. to toll any statute of limitations that might apply to such refiled actions for 120 days after dismissal by this Court;

3. to make available in such refiled actions any evidence and witnesses under their possession, custody, or control upon appropriate request by the French civil courts;

4. to pay any final, non-appealable judgment awarded against them by a French civil court in refiled actions; and

5. to not seek a stay or dismissal to any other jurisdiction.

DATED: ___August 1, 2011

_____
Hon. Charles R. Breyer
U.S. District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*