UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AIR CRASH OVER THE MIDATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144 CRB<br><br>[PROPOSED] ORDER |
| This Document Relates to:<br>3:11-cv-02581 CRB<br>3:11-cv-02583 CRB | |

This matter came before the Court upon Manufacturing Defendants' Motion to Dismiss *Necipoglu* and *Mitropoulos* Actions. It is hereby ordered that the Motion is GRANTED and Order is made dismissing the above-captioned actions subject to Manufacturing Defendants' agreement to the following conditions:

1. to submit to the jurisdiction of a French civil court in connection with actions refiled in France by Plaintiffs, provided that Plaintiffs do not do anything to challenge or undermine the jurisdiction of the French civil courts;

2. to toll any statute of limitations that might apply to such refiled actions for 120 days after dismissal by this Court;

3. to make available in such refiled actions any evidence and witnesses under their possession, custody, or control upon appropriate request by the French civil courts;

4. to pay any final, non-appealable judgment awarded against them by a French civil court in refiled actions; and

5. to not seek a stay or dismissal to any other jurisdiction.

Dated _____August 12_, 2011

_____
Hon. Charles R. Breyer
U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

21393223

[PROPOSED] ORDER
MDL No. 10-2144 CRB                    -1-