1   Aaron S. Podhurst (Fla. Bar No. 063606)
apodhurst@podhurst.com
2   Admitted Pro Hac Vice
Steve C. Marks (Fla. Bar No. 516414)
3   Admitted Pro Hac Vice
Stephen F. Rosenthal (Fla. Bar No. 0131458)
4   Admitted Pro Hac Vice
Ricardo M. Martinez-Cid (Fla. Bar No. 383988)
5   Admitted Pro Hac Vice
Alexander Rundlet (Fla. Bar No. 0692301)
6   Admitted Pro Hac Vice
7   **PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
8   Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
9
10
Michael P. Verna
11  mverna@bowlesverna.com
Liaison Counsel for Plaintiffs
12  BOWLES & VERNA, LLP
2121 N. California Blvd., Suite 875
13  Walnut Creek, California 94596
(925) 935-3300 / Fax (925) 935-0371
14

15  Attorneys for Plaintiff:  **Martin Andreasson,**
*Individually and as Personal Representative*
16  *of the Estate of Laura Rahal, Deceased*

17

18                **IN THE UNITED STATES DISTRICT COURT**

19          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

| | | |
|---|---|---|
| 21  **IN RE:  AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009** | § § § § § | **No. MDL 10- 2144 CRB** |
| 22 | § | **(Individual Case No. 10-cv-04120)** |
| 23 | § | |
| 24  **MARTIN ANDREASSON,** *Individually and as Personal Representative of the Estate of Laura Rahal, Deceased* | § § § § | **PLAINTIFF NOTICE OF TRANSCRIPT DESIGNATION/ORDER** |
| 25 | § | |
| 26        **PLAINTIFF** | § § | |
| 27 | § | |

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN that Plaintiff in the above-named case, **Martin Andreasson**, *Individually and as Personal Representative of the Estate of Laura Rahal, Deceased*, pursuant to Local Rule 79-1 and FRAppP 10(b), that they intend to rely upon the hearing transcripts already filed with this Court at D.E. Nos. 753, 787, 801 and 955 and do not intend on ordering additional transcripts

RESPECTFULLY SUBMITTED on this 15th day of August, 2011.

PODHURST ORSECK, P.A.
**STEPHEN F. ROSENTHAL**
Fla. Bar No. 0131458
**ALEXANDER T. RUNDLET**
Fla. Bar No. 0692301
**STEVEN C. MARKS**
Fla. Bar No. 5164414
City National Bank Bldg., Suite 800
25 West Flagler Street
Miami, Florida 33130
Tel.: (305) 358-2800
Fax: (305) 358-2382


 s/Alexander T. Rundlet
ALEXANDER T. RUDLET

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing (NEF) generated by CM/ECF.

**SERVICE LIST**

Plaintiffs' Liaison Counsel
Verna, Michael P.
BOWLES & VERNA, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Phone: (925) 935- 3300
Fax: (925) 935-0371
E-mail: mverna@bowlesverna.com


Counsel for Defendant Airbus S.A.S. and Airbus America Sales, Inc.
Thad T. Dameris
Hogan Lovells US, LLP
700 Lousiana Street, Ste 4300
Houston, Texas 77002
(713) 632-1410 Telephone
(713) 583-6297 Facsimile
thad.dameris@hoganlovells.com


Counsel for Defendant Airbus S.A.S.
Anthony Joseph Monaco
Swanson, Martin & Bell, LLP
330 North Wabash Ave.
Suite 3300
Chicago, IL 60611
(312) 321-9100
Fax: (312) 321-0990
Email: amonaco@smbtrials.com


Counsel for Defendant Airbus S.A.S.
David J Weiner
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5617
Email: DJWeiner@HHLAW.com

1

2

Counsel for Defendant Airbus S.A.S.

3    Norman J. Blears
     Hogan Lovells US LLP
4    525 University Avenue
5    4th Floor
     Palo Alto, CA 94301
6    650-463-4000
     Fax: 650-463-4199
7    Email: norman.blears@hoganlovells.com

8
     Counsel for Honeywell International, Inc.
9    William V. O'Connor
     Morrison & Foerster, LLP
10   12531 High Bluff Drive, Ste 100
11   San Diego, CA 92130
     (858) 720-5100 Telephone
12   (858) 720-5125 Facsimile
     woconnor@mofo.com
13

14   Counsel for Honeywell International, Inc.
     Don Gale Rushing
15   Morrison & Foerster
     12531 High Bluff Drive
16   Suite 100
     San Diego, CA 92130-2040
17   858-720-5100
     Fax: 858-720-5125
18   Email: drushing@mofo.com
19
     Counsel for Honeywell International, Inc.
20   Austin William Bartlett
     Adler, Murphy & McQuillen
21   1 North LaSalle Street
22   23rd Floor
     Chicago, IL 60603
23   (312) 345-0700
24   Email: abartlett@amm-law.com

25

26

27

28

1

2

3    Counsel for Honeywell International, Inc.
Ellen Nudelman Adler
4    Morrison & Foerster LLP
12531 High Bluff Drive
5    Suite 100
San Diego, CA 92130
6    858-720-5100
Fax: 858-720-5125
7    Email: eadler@mofo.com

8

9    Counsel for Honeywell International, Inc.
Kimberly Rhea Gosling
10   Morrison and Foerster LLP
12531High Bluff Drive
11   Suite 100
San Diego, CA 92130-2040
12   858-720-5100
Fax: 858-720-5125
13   Email: kgosling@mofo.com

14

15   Counsel for Honeywell International, Inc.
Thomas Christopher Trent
16   Johnson, Trent, West & Taylor, L.L.P.
919 Milam Street
17   Ste 1700
Houston, TX 77002
18   713-222-2323
Fax: 713-222-2226
19   Email: ctrent@johnsontrent.com

20

21   Counsel for Thales Group, Thales USA, Inc. and Thales Avionics, S.A.
Eugene Massamillo
22   Kaplan Massamillo & Andrews LLC
70 East 55th Street, 25th Floor
23   New York, NY 10022
212-922-0450
24   Fax: 212-922-0530
Email: emassamillo@kmalawfirm.com

25

26

27

28

1

2

3   Counsel for Thales Group, Thales USA, Inc.
Peter Michael Hart
4   LeClairRyan LLP
44 Montgomery Street
5   18th Floor
San Francisco, CA 94104-4705
6   415-391-7111
Email: peter.hart@leclairryan.com
7

8   Counsel for Thales Group and Thales Avionics, S.A.
Richard Alan Walker
9   Kaplan, Massamillo Andrews LLC
200 W. Madison Street
10  16th Floor
Chicago, IL 60606
11  (312) 345-3000
Fax: (312) 345-3119
12  Email: rwalker@kmalawfirm.com
13

14  Counsel for Thales USA, Inc. and Thales Avionics, S.A.
Todd Matthew Saranecki
15  Kaplan, Massamillo and Andrews, LLC
200 W. Madison Street
16  16th Florr
Chicago, IL 60606
17  (312) 345-3000
Email: tsaranecki@kmalawfirm.com
18

19

20  Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.
Jonathan M. Stern
21  Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW
22  Suite 550
Washington, DC 20001
23  202-419-4202
Fax: 202-419-4252
24  Email: jstern@schnader.com
25

26  Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.
Keith E. Whitson
27  Schnader Harrison Segal & Lewis LLP
750 Ninth Street, NW, Suite 550
28  Washington, DC 20001

202-419-4202
Fax: 202-419-4252


Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.
Leo J. Murphy
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
(415) 364-6709
Fax: (415) 364-6785
Email: lmurphy@schnader.com

Counsel for Intel, Inc.
Bates McIntyre Larson
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603-5559
(312)324-8400
Fax: (312)324-9400
Email: blarson@perkinscoie.com

Counsel for Intel, Inc., Intel Co., and General Electric Co.
John David Dillow
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
(206) 359-8000
Fax: (206) 359-9000
Email: JDillow@perkinscoie.com

Counsel for Intel, Inc. and Intel Corporation
Troy Philip Sauro
Perkins Coie LLP
4 Embarcadero Center, 24th Floor
San Francisco, CA 94111
415-344-7102
Fax: 415-344-7050
Email: tsauro@perkinscoie.com

1

2

3   Counsel for Intel, Inc.
    V. Lee Woolston
4   Perkins Coie LLP
5   1201 Third Avenue
    Suite 4800
6   Seattle, WA 98101-3099
    206-359-8000
7   Fax: 206-359-9000
8   Email: VWoolston@perkinscoie.com

9   Counsel for Rockwell Collins, Inc.
    Courtney R. Bateman
10  Reed Smith LLP
11  1301 K Street, N.W.,
    Suite 1100 - East Tower
12  Washington, DC 20005
13  202-414-9200

14  Counsel for Rockwell Collins, Inc. and Rockwell Collins Co.
    Marilyn Ann Moberg , Esq.
15  Reed Smith LLP
16  355 S. Grand Avenue
    Suite 2900
17  Los Angeles, CA 90071-1514
    (213) 457-8000
18  Fax: (213) 457-8080
19  Email: mmoberg@reedsmith.com

20  Counsel for Rockwell Collins, Inc.
    Mark A. Brand
21  Reed Smith LLP
22  10 South Wacker Drive
    40th Floor
23  Chicago, IL 60606
    (312) 207-1000
24  Email: mbrand@reedsmith.com

25
    Counsel for Rockwell Collins, Inc.
26  Patrick E. Bradley
27  Reed Smith LLP
    Princeton Forrestal Village
28  136 Main St., Ste 250

1    Princeton, NJ 08543
     609-987-0050
2    Email: pbradley@reedsmith.com

3    Counsel for Rockwell Collins, Inc.
     Robert F. Ruckman
4    Jackson & Walker LLP
5    901 Main Street, Suite 6000
     Dallas, TX 75202
6    214-953-6000
     Fax: 214-953-5822
7    Email: rruckman@jw.com

8

9    Counsel for Hamilton Sundstrand Corp.
     Aghavni Vartan Kasparian
10   Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
     633 West Fifth Street
11   60th Floor
12   Los Angeles, CA 90071
     213-873-2100
13   Fax: 213-873-2125
14   Email: aghavni.kasparian@fitzhunt.com

15   Counsel for Hamilton Sundstrand Corp.
     Alan H. Collier
16   Fitzpatrick & Hunt, Tucker, Collier, Pagano & Aubert, LLP
17   633 West Fifth Street
     60th Floor
18   Los Angeles, CA 90071
     213-873-2121
19   Fax: 213-873-2125
20   Email: alan.collier@fitzhunt.com

21   Counsel for Hamilton Sundstrand Corp.
     Courtney Poel McIntire
22   Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
23   633 West Fifth Street
     60th Floor
24   Los Angeles, CA 90071
     213-873-2151
25   Fax: 213-873-2125
26   Email: courtney.mcintire@fitzhunt.com

27

28

1

2

3   Counsel for Hamilton Sundstrand Corp.
4   Stephen W. Heil
    Cray Huber Horstman Heil & VanAusdal LLC
5   303 West Madison Street
    Suite 2200
6   Chicago, IL 60606
7   (312) 332-8450
    Email: swh@crayhuber.com
8
    Counsel for General Electric Co.
9   Sheila Ann Sundvall
    Paul Hastings Janofsky & Walker LLP
10  191 North Wacker Drive, 30th Floor
11  Chicago, IL 60606
    312-499-6051
12  Fax: 312-499-6100
13  Email: sheilasundvall@paulhastings.com

14  Counsel for General Electric Co.
    Christopher Francis Allen
15  Paul Hastings Janofsky & Walker LLP
16  191 North Wacker Drive, 30th Floor
    Chicago, IL 60606
17  312-499-6000
    Fax: 312-499-6100
18  Email: christopherallen@paulhastings.com

19
    Counsel for General Electric Co.
20  Christopher Matthew Mooney
21  Paul Hastings Janofsky & Walker LLP
    55 Second Street, 24th Floor
22  San Francisco, CA 94105
    415-856-7033
23  Fax: 415-856-7100
    Email: christophermooney@paulhastings.com
24

25  Counsel for General Electric Co.
    Michael T. Stefanelli
26  Paul Hastings Janofsky & Walker LLP
27  191 North Wacker Drive, 30th Floor
    Chicago, IL 60606
28  312-499-6079

1  Fax: 312-499-6100
Email: michaelstefanelli@paulhastings.com

2

3  Counsel for General Electric Co.
Steven T. Catlett
4  Paul Hastings Janofsky & Walker LLP
5  191 North Wacker Drive, 30th Floor
Chicago, IL 60606
6  312-499-6000
7  Fax: 312-499-6100
Email: stevencatlett@paulhastings.com

8
Counsel for GE Aviation Systems, LLC
9  Sheila Ann Sundvall
Paul Hastings Janofsky & Walker LLP
10  191 North Wacker Drive, 30th Floor
11  Chicago, IL 60606
312-499-6051
12  Fax: 312-499-6100
13  Email: sheilasundvall@paulhastings.com

14  Counsel for GE Aviation Systems, LLC
Christopher Francis Allen
15  Paul Hastings Janofsky & Walker LLP
16  191 North Wacker Drive, 30th Floor
Chicago, IL 60606
17  312-499-6000
Fax: 312-499-6100
18  Email: christopherallen@paulhastings.com

19
Counsel for GE Aviation Systems, LLC
20  Christopher Matthew Mooney
Paul Hastings Janofsky & Walker LLP
21  55 Second Street, 24th Floor
22  San Francisco, CA 94105
415-856-7033
23  Fax: 415-856-7100
Email: christophermooney@paulhastings.com
24

25  Counsel for GE Aviation Systems, LLC
Michael T. Stefanelli
26  Paul Hastings Janofsky & Walker LLP
27  191 North Wacker Drive, 30th Floor
Chicago, IL 60606
28  312-499-6079

1  Fax: 312-499-6100
   Email: michaelstefanelli@paulhastings.com

2

3  Counsel for GE Aviation Systems, LLC

4  Steven T. Catlett
   Paul Hastings Janofsky & Walker LLP

5  191 North Wacker Drive, 30th Floor
   Chicago, IL 60606

6  312-499-6000
   Fax: 312-499-6100

7  Email: stevencatlett@paulhastings.com

8
   Counsel for Dupont Co. and E.I. Dupont Nemours and Company

9  Scott L. Winkelman
   Crowell & Moring

10 1001 Pennsylvania Ave., N.W.
   Washington, DC 20004-2595

11 202-624-2972

12 Email: swinkelman@crowell.com

13
   Counsel for Dupont Co. and E.I. Dupont Nemours and Company

14 April Nelson Ross
   Crowell & Moring LLP

15 1001 Pennsylvania Avenue NW

16 Washington, DC 20004
   202-624-2500

17 Email: aross@crowell.com

18
   Counsel for Dupont Co. and E.I. Dupont Nemours and Company

19 Douglas Warren Sullivan
   Crowell & Moring LLP

20 Embarcadero Center West
   275 Battery Street, 23rd Floor

21 San Francisco, CA 94111

22 (415) 986-2800
   Fax: (415) 986-2827

23 Email: dsullivan@crowell.com

24
   Counsel for Dupont Co.

25 James Phillip Dorr
   Wildman, Harrold, Allen & Dixon, LLP

26 225 West Wacker Drive
   Suite 3000

27 Chicago, IL 60606-1229

28

(312) 201-2000
Email: dorr@wildman.com


Counsel for Dupont Co. and E.I. Dupont Nemours and Company
Joel Dashiell Smith
Crowell & Moring LLP
275 Battery Street
23rd Floor
San Francisco, CA 94111
415-986-2800
Email: jsmith@crowell.com

Counsel for Dupont Co., E.I. Dupont Nemours and Company
Lisa Jo Savitt
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-624-2500
Email: lsavitt@crowell.com

Counsel for Raychem Co.
Daniel A. Cummings
Rothschild Barry & Myers PC
55 West Monroe Street, Suite 3900
Chicago, IL 60603-5017
312-580-3350
Fax: 312-580-2740
Email: cummings@rmbchicago.com

Counsel for Raychem Co. and Tyco Electronics Corporation
James William Hunt
Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
633 West Fifth Street
60th Floor
Los Angeles, CA 90071
213-873-2100
Fax: 213-873-2125
Email: james.hunt@fitzhunt.com

Counsel for Raychem Co. and Tyco Electronics Corporation
Mark R. Irvine
Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
633 W. 5th St., 60th Floor
Los Angeles, CA 90071

(213) 873-2131
Fax: (213) 873-2125
Email: mark.irvine@fitzhunt.com


Counsel for Rosemount Aerospace, Inc. and Goodrich Corp.
David Alan Wagner
Thornton Davis & Fein
Brickell Bay View Centre
80 SW 8th Street
Suite 2900
Miami, FL 33130
305-446-2646
Fax: 441-2374
Email: wagner@tdflaw.com

Counsel for Rosemount Aerospace, Inc.
Elaine D. Solomon
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103
215-569-5448
Email: solomon@blankrome.com

Counsel for Rosemount Aerospace, Inc.
Laurie Alberts Salita
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
215-569-5329
Fax: 215-569-5555
Email: salita@blankrome.com

Counsel for Rosemount Aerospace, Inc.
Raymond G. Mullady , Jr.
Blank Rome LLP
Watergate
600 New Hampshire Avenue, NW
Washington, DC 20037
202-772-5828
Fax: 202-572-8414
Email: mullady@blankrome.com

Counsel for Rosemount Aerospace, Inc.
Sara L. Chenetz
Blank Rome LLP
1925 Century Park East
19th Floor
Los Angeles, Ca 90067
(424) 239-3400
Fax: (424) 239-3434
Email: chenetz@blankrome.com

Counsel for Societe Air France
Charles Lagrange Coleman , III
Holland & Knight LLP
50 California Street
Suite 2800
San Francisco, CA 94111-4624
415-743-6900
Fax: 415-743-6910
Email: ccoleman@hklaw.com

Counsel for Societe Air France
Alan D. Reitzfeld
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
212-513-3200
Email: alan.reitzfeld@hklaw.com

Counsel for Societe Air France
Christopher G. Kelly
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
212-513-3200
Email: christopher.kelly@hklaw.com

Counsel for Societe Air France
Jad J Stepp
Stepp & Sullivan PC
1010 Lamar

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ste 810
Houston, TX 77002
713-336-7200
Fax: 713-336-7250 fax
Email: jstepp@ss-pc.com


Counsel for Societe Air France
Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
212-513-3514
Email: judith.nemsick@hklaw.com

Counsel for Thales Avionics, S.A.
Pamela Clark Hicks
Beirne Maynard et al
1300 Post Oak Blvd
Ste 2400
Houston, TX 77056-3000
713-960-7315
Fax: 713-960-1527
Email: phicks@bmpllp.com

Counsel for Airbus America Sales, Inc.
Alvin F. Lindsay , III
Hogan Lovells US LLP
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
305-459-6500
Fax: 305-459-6550
Email: alvin.lindsay@hoganlovells.com

Counsel for Intel Corporation
Edward A. Moss
Shook Hardy & Bacon
201 S Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332
305-358-5171
Fax: 358-7470
Email: emoss@shb.com

Counsel for Rockwell Collins Co.
Stephen Fraser Coxhead
Knoblock & Coxhead
7901 SW 67th Avenue
Suite 203
Miami, FL 33143
305-669-9655
Fax: 669-6169
Email: Steve@kcfloridalaw.com

Counsel for Freescale Semiconductor, Inc.
Alexander Rundlet
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
305-358-2800
Fax: 305-358-2382
Email: arundlet@podhurst.com

**ALEXANDER T. RUNDLET**