HOLLAND & KNIGHT LLP
Charles L. Coleman, III [California Bar No. 65496]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email: charles.coleman@hklaw.com

HOLLAND & KNIGHT LLP
Christopher G. Kelly (*pro hac vice*)
Alan D. Reitzfeld (*pro hac vice*)
Judith R. Nemsick (*pro hac vice*)
31 West 52nd Street
New York, New York  10019
Telephone: (212) 513-3200
Facsimile:  (212) 385-9010
Email: christopher.kelly@hklaw.com
       alan.reitzfeld@hklaw.com
       judith.nemsick@hklaw.com

Attorneys for SOCIÉTÉ AIR FRANCE

UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB**<br>**This Document Relates To All Actions**<br><br>RESPONSE TO MANUFACTURING DEFENDANTS' MOTION TO ENTER FINAL JUDGMENT<br><br>Hearing Date: September 23, 2011<br>Time:    10:00 a.m.<br>Before:  Hon. Charles R. Breyer<br>Place:    Courtroom 8, 19th Floor |

Société Air France ("Air France") responds to the motion submitted by the parties collectively referred to as the Manufacturing Defendants, which seeks the Court's entry of a final judgment on the Orders issued in the actions that are part of this multidistrict litigation. The

Manufacturing Defendants have proffered a proposed final judgment referencing Orders dated October 4, 2010 (D.E. 766), June 15, 2011 (D.E. 957), August 1, 2011 (D.E. 966), August 1, 2011 (3:11-cv-02570, D.E. 37), and August 15, 2011 (D.E. 967).  Air France does not object to the inclusion of these Orders in the final judgment.

However, the Manufacturing Defendants' proposed final judgment omits the Court's Order dated May 19, 2011, found at Docket Entry 862.  This Order dismisses with prejudice the plaintiffs' claims in the action captioned *Harris et al. v. Societe Air France, et al.*, 3:10-cv-1936-CRB. Attached is a form of final judgment that includes the May 19, 2011 Order.

Dated:  August 30, 2011

                     HOLLAND & KNIGHT LLP

               By:  /s/  Christopher G. Kelly
                    Christopher G. Kelly
                    Attorneys for Defendant
                    SOCIÉTÉ AIR FRANCE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910