MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-02144-CRB** |
| ——————————————— | **This Document Relates To:** <br> **Case No. CV-09-5020-CRB** |
| MARGITA GERGELOVA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AIRBUS S.A.S.; et al., <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff CHANTAL KOEHLER (as to decedents SANA ZERELLI and JASSIM ZERELLI) in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated:  September 28, 2011

| BOWLES & VERNA, LLP | PERKINS COIE LLP |
|---|---|
| By:  */s/Michael P. Verna*<br>       Michael P. Verna<br>       Steven P. McFarlane<br>       2121 N. California Blvd., Suite 875<br>       Walnut Creek, CA 94596<br>       Telephone: (925) 935-3300<br>       Facsimile:  (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By:  */s/John Dillow*<br>       John Dillow<br>       V.L. Woolston<br>       1201 Third Avenue, Suite 4800<br>       Seattle, WA 98191<br>       Telephone: (206) 359-8000<br>       Facsimile:  (206) 359-9000<br>       JDillow@perkinscoie.com<br>       VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By:  */s/Thad T. Dameris*<br>       Thad T. Dameris<br>       700 Louisiana Street, Suite 4300<br>       Houston, TX 77002<br>       Telephone: (713) 632-1400<br>       Facsimile:  (713) 583-6297<br>       Thad.dameris@hoganlovells.com<br><br>       Norman J. Blears<br>       525 University Avenue, 4th Floor<br>       Palo Alto, CA 94301<br>       Telephone: (650) 463-4000<br>       norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By:  */s/Eugene Massamillo*<br>       Eugene Massamillo<br>       70 E. 55th Street, 25th Floor<br>       New York, NY 10022<br>       Telephone: (212) 922-0450<br>       Facsimile:  (212) 922-0530<br>       emassamillo@kmalawfirm.com<br><br>       Richard A. Walker<br>       200 W. Madison Street, 16th Floor<br>       Chicago, IL 60606<br>       Telephone: (312) 345-3000<br>       Facsimile: (312) 345-3119<br>       Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| CROWELL & MORING LLP<br><br>By: */s/Lisa J. Savitt*<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile:  (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: */s/William V. O'Connor*<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile:  (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: */s/Jonathan M. Stern*<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile:  (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: */s/Patrick E. Bradley*<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile:  (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: */s/Sheila A. Sundvall*<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile:  (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: */s/Raymond G. Mullady, Jr.*<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |

STIPULATION AND [PROPOSED] ORDER                                              MDL Docket No. 10-02144-CRB<br>OF DISMISSAL WITH PREJUDICE                                                      Case No. CV-09-5020-CRB

| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP |
|---|---|
| By: */s/James W. Hunt*<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation and Raychem Corporation* | By: */s/Alan H. Collier*<br>    Alan H. Collier<br>    Aghavni Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavni.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  September __, 2011

_____
    Hon. Charles R. Breyer

**CERTIFICATE OF SERVICE**
**(In re Air Crash Over the Mid-Atlantic on June 1, 2009 – MDL 10-2144-CRB)**

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of BOWLES & VERNA LLP, and my business address is 2121 N. California Blvd., Suite 875, Walnut Creek, California 94596.

On September 28, 2011, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

on the following parties in this action addressed as follows:

*PLEASE SEE THE ATTACHED SERVICE LIST*

**BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**BY PERSONAL SERVICE:** I caused to be served each document listed above **by hand** to each addressee above. Delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**BY FAX TRANSMISSION:** By use of facsimile machine number (925) 935-0371, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

XXX     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the within document(s) to be served via electronic mail or via the Court's ECF System on the above interested parties at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 28, 2011, at Walnut Creek, California.

                              */s/Erica Dorrington*
                              ERICA DORRINGTON

# SERVICE LIST
## In re Air Crash Over the Mid-Atlantic on June 1, 2009
## MDL 10-2144-CRB

| COUNSEL FOR PLAINTIFFS | |
|---|---|
| Richard Mithoff, Jr.<br>MITHOFF LAW FIRM<br>500 Dallas Street, Suite 3450<br>Houston, TX 77002<br>Phone: 713-654-1122<br>Fax: 713-739-8085<br>dmorris@mithofflaw.com | Joseph R. Alexander<br>MITHOFF LAW FIRM<br>One Allen Center<br>Penthouse<br>Houston, TX 77002<br>Phone: 713-654-1122<br>Fax: 713-739-8085<br>jalexander@mithofflaw.com |
| Khaldoun Baghdadi<br>WALKUP, MEDODIA, KELLY & SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Phone: 415-981-7210<br>Fax: 415-391-6965<br>kbaghdadi@walkuplawoffice.com | Floyd A. Wisner<br>WISNER LAW FIRM, LTD.<br>3N780 Trotter Lane<br>St. Charles, IL 60175<br>Phone: 630-513-9434<br>Fax: 630-513-6287<br>faw@wisner-law.com |
| James Healy-Pratt<br>STEWARTS LAW LLP<br>3 New Street Square<br>London EC4A 3BF<br>United Kingdom<br>Telephone: +44 (0) 20 7822 8000<br>Email: jhp@stewartslaw.com | Walter J. Lack<br>Elizabeth L. Crooke<br>Mark E. Millard<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA 90067<br>Phone: 310-552-3800<br>Fax: 310-552-9434<br>wlack@elllaw.com<br>bcrooke@elllaw.com<br>mmillard@elllaw.com |
| Thomas V. Girardi<br>Keith Griffin<br>GIRARDI & KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Phone: 213-977-0211<br>Fax: 213-481-1554<br>tgirardi@girardikeese.com<br>kgriffin@girardikeese.com | Ladd Sanger<br>SLACK & DAVIS, LLP<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>Phone: 214-528-8686<br>Fax: 214-528-6989<br>lsanger@slackdavis.com |

| | | |
|---|---|---|
| 1 | Steven C. Marks | |
| 2 | Alexander Rundlet | |
| | Stephen F. Rosenthal | |
| 3 | PODHURST ORSECK, P.A. | |
| | 25 West Flagler Street, Suite 800 | |
| 4 | Miami, FL  33130 | |
| | Phone:  305-358-2800 | |
| 5 | Fax:  305-358-2382 | |
| 6 | smarks@podhurst.com | |
| | arundlet@podhurst.com | |
| 7 | srosenthal@podhurst.com | |
| 8 | **COUNSEL FOR DEFENDANTS** ||
| 9 | **Defendants' Liaison Counsel and Counsel for Airbus S.A.S.** | **Counsel for Rosemont Aerospace, Inc.** |
| 10 | Thad T. Dameris | Elaine D. Solomon |
| | HOGAN LOVELLS US LLP | BLANK ROME LLP |
| 11 | 700 Louisiana Street, Suite 4300 | One Logan Square |
| 12 | Houston, TX  77002 | 18th & Cherry Streets |
| | Phone:  713-632-1400 | Philadelphia, PA  19103-6998 |
| 13 | Fax:  713-583-6297 | Phone:  215-569-5448 |
| | tdameris@hoganlovells.com | Fax:  215-832-5448 |
| 14 | | solomon@blankrome.com |
| 15 | **Counsel for Rosemont Aerospace, Inc.** | **Counsel for Rosemont Aerospace, Inc.** |
| | Sara L. Chenetz | Laurie Alberts Salita |
| 16 | BLANK ROME LLP | BLANK ROME LLP |
| 17 | 1925 Century Park East, Suite 1900 | 130 North 18th Street |
| | Los Angeles, CA  90067 | Philadelphia, PA  19103 |
| 18 | Phone:  424-239-3400 | Phone:  215-569-5500 |
| | Fax:  424-239-3434 | Fax:  215-569-5555 |
| 19 | chenetz@blankrome.com | salita@blankrome.com |
| 20 | | |
| 21 | **Counsel for Rosemont Aerospace, Inc.** | **Counsel for Hamilton Sundstrand Corporation** |
| 22 | Raymond G. Mullady, Jr. | Alan H. Collier |
| | BLANK ROME LLP | Aghavni V. Kasparian |
| 23 | Watergate 600 | FITZPATRICK & HUNT, TUCKER, |
| 24 | New Hampshire Ave., NW | COLLIER, PAGANO, AUBERT, LLP |
| | Washington, DC  20037 | 633 W. Fifth Street, 60th Floor |
| 25 | Phone:  202-772-5828 | Los Angeles, CA  90071 |
| | Fax:  202-572-8414 | Phone:  213-873-2100 |
| 26 | mullady@blankrome.com | Fax:  213-873-2125 |
| 27 | | alan.collier@fitzhunt.com |
| | | aghavni.kasparian@fitzhunt.com |
| 28 | | courtney.mcintire@fitzhunt.com |

STIPULATION AND [PROPOSED] ORDER          MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                         Case No. CV-09-5020-CRB

| | |
|---|---|
| **Counsel for Intel Corporation**<br>Troy P. Sauro<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111<br>Phone:  415-344-7000<br>Fax:  415-344-7050<br>tsauro@perkinscoie.com | **Counsel for Intel Corporation**<br>John Dillow<br>V.L. Woolston<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101<br>Phone:  206-359-8000<br>Fax:  206-359-9000<br>jdillow@perkinscoie.com<br>vwoolston@perkinscoie.com |
| **Counsel for General Electric Company and GE Aviation Systems, LLC**<br>Christopher M. Mooney<br>PAUL HASTINGS LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA  94105<br>Phone: 415-856-7000<br>Fax: 415-856-7100<br>christophermooney@paulhastings.com | **Counsel for General Electric Company and GE Aviation Systems, LLC**<br>Sheila A. Sundvall<br>Michael T. Stefanelli<br>Christopher F. Allen<br>PAUL HASTINGS LLP<br>191 N. Wacker Drive, 30th Floor<br>Chicago, IL  60606<br>Phone:  312-499-6000<br>Fax:  312-499-6100<br>sheilasundvall@paulhastings.com<br>michaelstefanelli@paulhastings.com<br>christopherallen@paulhastings.com |
| **Counsel for Tyco Electronics Corporation (sued as Raychem Corp.)**<br>James W. Hunt/Mark R. Irvine<br>FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br>633 W. Fifth Street, 60th Floor<br>Los Angeles, CA  90071<br>Phone: 213-873-2100<br>Fax: 213-873-2125<br>james.hunt@fitzhunt.com<br>mark.irvine@fitzhunt.com | **Counsel for Tyco Electronics Corporation (sued as Raychem Corp.)**<br>Daniel Cummings<br>ROTHSCHILD, BARRY & MYERS LLP<br>55 West Monroe Street, Suite 3900<br>Chicago, IL  60603<br>Phone:  312-372-2345<br>Fax:  312-372-2350<br>cummings@rbmchicago.com |
| **Counsel for Thales Avionics SA, Thales Group and Thales USA Inc.**<br>Eugene Massamillo<br>KAPLAN MASSAMILLIO & ANDREWS<br>70 East 55th Street, 25th Floor<br>New York, NY  10022<br>Phone: 212-922-0450<br>Fax: 212-922-0530 | **Counsel for Thales Avionics SA, Thales Group and Thales USA Inc.**<br>Richard A. Walker<br>Todd M. Saranecki<br>KAPLAN, MASSAMILLO & ANDREWS<br>200 W. Madison Street, 16th Floor<br>Chicago, IL  60606<br>Phone:  312-345-3000 |

STIPULATION AND [PROPOSED] ORDER  
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB  
Case No. CV-09-5020-CRB

| emassamillo@kmalawfirm.com | Fax: 312-345-3119<br>rwalker@kmalawfirm.com<br>tsaranecki@kmalawfirm.com |
|---|---|
| **Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.**<br>Leo J. Murphy<br>SCHNADER HARRISON SEGAL & LEWIS<br>One Montgomery Street, Suite 2200<br>San Francisco, CA  94104-5501<br>Phone:  415-364-6700<br>Fax:  415-364-6785<br>lmurphy@schnader.com | **Counsel for Motorola, Inc. and Freescale Semiconductor, Inc.**<br>Jonathan M. Stern<br>SCHNADER HARRISON SEGAL & LEWIS<br>750 Ninth Street, NW, Suite 550<br>Washington, DC  20001<br>Phone:  202-419-4202<br>Fax:  202-419-4252<br>jstern@schnader.com |
| **Counsel for Honeywell International, Inc.**<br>Don G. Rushing<br>William V. O'Connor<br>Kimberly R. Gosling<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA  92130<br>Phone:  858-720-5100<br>Fax:  858-720-5125<br>drushing@mofo.com<br>woconnor@mofo.com<br>kgosling@mofo.com | **Counsel for Rockwell Collins**<br>Marilyn A. Moberg<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071<br>Phone:  213-457-8000<br>Fax:  213-457-8080<br>mmoberg@reedsmith.com |
| **Counsel for Rockwell Collins**<br>Patrick E. Bradley<br>REED SMITH LLP<br>Princeton Forrestal Village<br>136 Main Street, Suite 250<br>Princeton, NJ  08543<br>Phone:  609-987-0050<br>Fax:  609-951-0824<br>pbradley@reedsmith.com | **Counsel for DuPont**<br>Douglas W. Sullivan<br>Joel D. Smith<br>CROWELL & MORING LLP<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br>Phone: 415-986-2800<br>Fax:  415-986-2827<br>dsullivan@crowell.com<br>jsmith@crowell.com |

STIPULATION AND [PROPOSED] ORDER  
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB  
Case No. CV-09-5020-CRB

| **Counsel for DuPont**<br>Scott L. Winkelman<br>Lisa J. Savitt<br>April N. Ross<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Phone:  202-624-2500<br>Fax:  202-628-5116<br>swinkelman@crowell.com<br>lsavitt@crowell.com<br>aross@crowell.com | **Counsel for Societe Air France**<br>Christopher G. Kelly<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Phone:  212-513-3200<br>Fax:  212-385-9010<br>christopher.kelly@hklaw.com |
| --- | --- |
| **Counsel for Societe Air France**<br>Charles L. Coleman, III<br>HOLLAND & KNIGHT LLP<br>50 California Street, 28th Floor<br>San Francisco, CA  94111<br>Phone:  415-743-6900<br>Fax:  415-743-6910<br>charles.coleman@hklaw.com | **Counsel for Societe Air France**<br>Lyndall M. Lambert<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL  33131<br>Phone:  305-374-8500<br>Fax:  305-789-7799<br>lyndall.lambert@hklaw.com |