MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-02144-CRB** |
| ——————————————— | **This Document Relates To:** |
| ASMAA GUENNOON, et al., | **Case No. CV-10-5513-CRB** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AIRBUS S.A.S.; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff ALIA FAROUKH in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated:  September 23, 2011

| BOWLES & VERNA, LLP | PERKINS COIE LLP |
|---|---|
| By: */s/Michael P. Verna*<br>    Michael P. Verna<br>    Steven P. McFarlane<br>    2121 N. California Blvd., Suite 875<br>    Walnut Creek, CA 94596<br>    Telephone: (925) 935-3300<br>    Facsimile:  (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By:  */s/John Dillow*<br>    John Dillow<br>    V.L. Woolston<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98191<br>    Telephone: (206) 359-8000<br>    Facsimile:  (206) 359-9000<br>    JDillow@perkinscoie.com<br>    VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: */s/Thad T. Dameris*<br>    Thad T. Dameris<br>    700 Louisiana Street, Suite 4300<br>    Houston, TX 77002<br>    Telephone: (713) 632-1400<br>    Facsimile:  (713) 583-6297<br>    Thad.dameris@hoganlovells.com<br><br>    Norman J. Blears<br>    525 University Avenue, 4th Floor<br>    Palo Alto, CA 94301<br>    Telephone: (650) 463-4000<br>    norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: *Eugene Massamillo*<br>    Eugene Massamillo<br>    70 E. 55th Street, 25th Floor<br>    New York, NY 10022<br>    Telephone: (212) 922-0450<br>    Facsimile:  (212) 922-0530<br>    emassamillo@kmalawfirm.com<br><br>    Richard A. Walker<br>    200 W. Madison Street, 16th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 345-3000<br>    Facsimile: (312) 345-3119<br>    Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

STIPULATION AND [PROPOSED] ORDER                                      MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                                                     Case No. CV-10-5513-CRB

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: */s/Lisa J. Savitt*<br>       Lisa J. Savitt<br>       1001 Pennsylvania Avenue, N.W.<br>       Washington, DC 20004<br>       Telephone: (202) 624-2500<br>       Facsimile:  (202) 628-5116<br>       lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: */s/William V. O'Connor*<br>       William V. O'Connor<br>       12531 High Bluff Drive Suite 100<br>       San Diego, CA 92130<br>       Telephone: (858) 720-5100<br>       Facsimile:  (858) 720-5125<br>       woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: */s/Jonathan M. Stern*<br>       Jonathan M. Stern<br>       750 Ninth Street, N.W. Suite 550<br>       Washington, DC 20001<br>       Telephone: (202) 419-4202<br>       Facsimile:  (202) 419-4252<br>       jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: */s/Patrick E. Bradley*<br>       Patrick E. Bradley<br>       136 Main Street, Suite 250<br>       Princeton Forrestal Village<br>       Princeton, NJ 08450<br>       Telephone: (609) 987-0050<br>       Facsimile:  (609) 951-0824<br>       pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: */s/Sheila A. Sundvall*<br>       Sheila A. Sundvall<br>       191 North Wacker Drive, 30th Floor<br>       Chicago, IL 60606<br>       Telephone: (312) 499-6000<br>       Facsimile:  (312) 499-6100<br>       sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: */s/Raymond G. Mullady, Jr.*<br>       Raymond G. Mullady, Jr.<br>       Watergate 600 New Hampshire Ave., NW<br>       Washington, DC 20037<br>       Telephone: (202) 772-5828<br>       Facsimile: (202) 572-8414<br>       mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |

STIPULATION AND [PROPOSED] ORDER                                         MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                                                     Case No. CV-10-5513-CRB

| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP |
|---|---|
| By: */s/James W. Hunt*<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | By: */s/Alan H. Collier*<br>    Alan H. Collier<br>    Aghavni Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    'aghavni.kasparian@fitzhunt.com'<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  September __, 2011

_____

    Hon. Charles R. Breyer