1  MICHAEL P. VERNA (CA BAR #84070)
   STEVEN P. MCFARLANE (CA BAR #240488)
2  BOWLES & VERNA LLP
   2121 N. California Boulevard, Suite 875
3  Walnut Creek, California 94596
   Telephone: (925) 935-3300
4  Facsimile: (925) 935-0371
5  Email: mverna@bowlesverna.com

6  Plaintiffs' Liaison Counsel

7

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
11                   SAN FRANCISCO DIVISION

12

13  IN RE AIR CRASH OVER THE
    MID-ATLANTIC ON JUNE 1, 2009
14                                              **MDL Docket No. 10-02144-CRB**

15  ───────────────────────────────

16                                              **This Document Relates To:**
                                                **Case No. CV-10-01843-CRB**
17  ROSILENE HEMME, et al.,

18                         Plaintiffs,          **STIPULATION AND [PROPOSED]**
                                                **ORDER OF DISMISSAL WITH**
19  vs.                                         **PREJUDICE**

20  AIRBUS S.A.S.; et al.,

21                         Defendants.

22

23

24

25      IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the

26  respective parties hereto that:

27      1. The claims of Plaintiff ROSILENE HEMME in the above-captioned action are hereby

28  dismissed with prejudice and without interest or costs to any party; and

1      2. There is no just reason for delay of the entry of judgment dismissing the claims of the

2   aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

3   Dated:  October 6, 2011

4

| WISNER LAW FIRM | PERKINS COIE LLP |
|---|---|
| By:  */s/Floyd A. Wisner*<br>Floyd A. Wisner<br>3N 780 Trotter Lane<br>St. Charles, IL 60175<br>Telephone: (630) 513-9434<br>faw@wisner-law.com<br><br>*Attorneys for Plaintiffs* | By:  */s/John Dillow*<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By:  */s/Thad T. Dameris*<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile:  (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By:  */s/Eugene Massamillo*<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile:  (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312) 345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

CROWELL & MORING LLP

MORRISON & FOERSTER LLP

4
By:  /s/Lisa J. Savitt

By:  /s/William V. O'Connor

5
     Lisa J. Savitt
     1001 Pennsylvania Avenue, N.W.

     William V. O'Connor
     12531 High Bluff Drive Suite 100

6
     Washington, DC 20004
     San Diego, CA 92130

7
     Telephone: (202) 624-2500
     Facsimile:  (202) 628-5116

     Telephone: (858) 720-5100
     Facsimile:  (858) 720-5125

8
     lsavitt@crowell.com

     woconnor@mofo.com

9
*Attorneys for E.I. du Pont de Nemours & Co.*

*Attorneys for Honeywell International Inc.*

10

11

SCHNADER HARRISON SEGAL & LEWIS

REED SMITH LLP

12
LLP

13
By:  /s/Jonathan M. Stern

By:  /s/Patrick E. Bradley

14
     Jonathan M. Stern
     750 Ninth Street, N.W. Suite 550

     Patrick E. Bradley
     136 Main Street, Suite 250

15
     Washington, DC 20001
     Princeton Forrestal Village
     Princeton, NJ 08450

16
     Telephone: (202) 419-4202
     Facsimile:  (202) 419-4252

     Telephone: (609) 987-0050
     Facsimile:  (609) 951-0824

17
     jstern@schnader.com

     pbradley@reedsmith.com

18
*Attorneys for Motorola, Inc.*

*Attorneys for Rockwell Collins, Inc.*

19

20

PAUL HASTINGS JANOFSKY & WALKER

BLANK ROME LLP

21
LLP

22
By:  /s/Sheila A. Sundvall

By:  /s/Raymond G. Mullady, Jr.

23
     Sheila A. Sundvall
     191 North Wacker Drive, 30th Floor

     Raymond G. Mullady, Jr.
     Watergate 600 New Hampshire Ave., NW

24
     Chicago, IL 60606
     Washington, DC 20037

25
     Telephone: (312) 499-6000
     Facsimile:  (312) 499-6100

     Telephone: (202) 772-5828
     Facsimile:  (202) 572-8414

26
     sheilasundvall@paulhastings.com

     mullady@blankrome.com

27
*Attorneys for GE Aviation Systems, LLC and*
*General Electric Co.*

*Attorneys for Rosemount Aerospace Inc.*

28

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-01843-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FITZPATRICK & HUNT, TUCKER,
COLLOER, PAGANO, AUBERT, LLP


By: _/s/James W. Hunt_
    James W. Hunt
    Mark R. Irvine
    633 West Fifth Street, 60th Floor
    Los Angeles, CA 90071
    Telephone: (213) 873-2100
    Facsimile:  (213) 873-2125
    James.hunt@fitzhunt.com
    Mark.irvine@fitzhunt.com

*Attorneys for Tyco Electronics Corporation and
Raychem Corporation*

FITZPATRICK & HUNT, TUCKER,
COLLOER, PAGANO, AUBERT, LLP


By: _/s/Alan H. Collier_
    Alan H. Collier
    Aghavni Kasparian
    633 West Fifth Street, 60th Floor
    Los Angeles, CA 90071
    Telephone: (213) 873-2100
    Facsimile:  (213) 873-2125
    alan.collier@fitzhunt.com
    aghavni.kasparian@fitzhunt.com

*Attorneys for Hamilton Sundstrand Corporation*

**IT IS SO ORDERED.**

Dated:  October __, 2011


_____
    Hon. Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-01843-CRB