FILED 

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,<br><br>ROBIN PER BJOROY, individually, as successor -in-interest to Alexander Per Bjoroy, decease, and as Co-Personal Representative of the Estate of Alexander Per Bjoroy; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>        Defendants - Appellees. | No. 11-16740<br><br>D.C. Nos.   3:10-cv-02950-CRB<br>                3:10-md-02144-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this

court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation