UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ VINICIUS GUSMAO DE ALMEIDA as Personal Representative of the Estate of VALNIZIA BETZLER, deceased<br><br>                      Plaintiff,<br>vs.<br><br>AIRBUS S.A.S., a foreign corporation; HONEYWELL INTERNATIONAL, INC., a Delaware corporation; THALES AVIONICS, S.A., a foreign corporation; MOTOROLA, INC., a Delaware corporation; INTEL CORPORATION, a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation; HAMILTON SUNDSTRAND CORP., a Delaware corporation; GENERAL ELECTRIC CO., a New York corporation; GE AVIATION SYSTEMS, LLC, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; DUPONT CO., a Delaware corporation; and TYCO ELECTRONICS, a Delaware corporation,<br><br>                      Defendants. | **MDL Docket No. 10-2144-CRB**<br><br>**This Document Relates To:**<br>**Case No. 3:10-CV-2282 -CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiff's claim in the above-captioned action is hereby dismissed with prejudice and without interest or costs to any party.

Dated: October __, 2011

| PODHURST ORSECK, P.A. | PERKINS COIE LLP |
|---|---|
| By: /s/<br>Steven C. Marks<br>Ricardo M. Martinez-Cid<br>Alexander Rundlet<br>25 West Flagler Street, Suite<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382<br>smarks@podhurst.com<br>rmcid@podhurst.com<br>arundlet@podhurst.com<br><br>*Attorneys for Plaintiff* | By: /s/<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Tel.: 650-463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: /s/<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312-345-3000<br>Facsimile: (312)-345-3119<br>Email: rwalker@kmalawfirm.com |

|   |   |
|---|---|
|   | *Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By:_____/s/_____<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile: (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____/s/_____<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile: (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____/s/_____<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile: (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc* | REED SMITH LLP<br><br>By:_____/s/_____<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile: (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____/s/_____<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile: (312) 499-6100<br>    sheilasundvall@paulhastings.com | BLANK ROME LLP<br><br>By:_____/s/_____<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com |

| *Attorneys for GE Aviation Systems, LLC and General Electric Co.* | *Attorneys for Rosemount Aerospace Inc.* |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>    Alan H. Collier<br>    Aghavni V. Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  October __, 2011

_____
   Hon. Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 3:10-cv-02282-CRB