UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 _____ BENEDITO JOSE DE AQUINO, and Personal Representative of the Estate of JULIANA FEDEIRA BRAGA DE AQUINO, deceased<br><br>Plaintiff,<br>vs.<br><br>AIRBUS S.A.S., a foreign corporation; HONEYWELL INTERNATIONAL, INC., a Delaware corporation; THALES AVIONICS, S.A., a foreign corporation; MOTOROLA, INC., a Delaware corporation; INTEL CORPORATION, a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation; HAMILTON SUNDSTRAND CORP., a Delaware corporation; GENERAL ELECTRIC CO., a New York corporation; GE AVIATION SYSTEMS, LLC, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; DUPONT CO., a Delaware corporation; and TYCO ELECTRONICS, a Delaware corporation,<br><br>Defendants. | **MDL Docket No. 10-2144-CRB**<br><br>**This Document Relates To:**<br>**Case No. 3:10-CV-2279-CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party.

Dated: October __, 2011

| PODHURST ORSECK, P.A.                                                                                                                                                                                                                                    | PERKINS COIE LLP                                                                                                                                                                                                       |
|---|---|
| By:         /s/<br>    Steven C. Marks<br>    Ricardo M. Martinez-Cid<br>    Alexander Rundlet<br>    25 West Flagler Street, Suite<br>    Miami, FL 33130<br>    Telephone:  (305) 358-2800<br>    Facsimile:   (305) 358-2382<br>      smarks@podhurst.com<br>      rmcid@podhurst.com<br>      arundlet@podhurst.com<br><br>*Attorneys for Plaintiff* | By:       /s/<br>    John Dillow<br>    V.L. Woolston<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98191<br>    Telephone: (206) 359-8000<br>    Facsimile:  (206) 359-9000<br>    JDillow@perkinscoie.com<br>    VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP<br><br>By:           /s/<br>    Thad T. Dameris<br>    700 Louisiana Street, Suite 4300<br>    Houston, TX 77002<br>    Telephone: (713) 632-1400<br>    Facsimile:  (713) 583-6297<br>    Thad.dameris@hoganlovells.com<br><br>  Norman J. Blears<br>  525 University Avenue, 4th Floor<br>  Palo Alto, CA 94301<br>  Tel.: 650-463-4000<br>  norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By:            /s/<br>    Eugene Massamillo<br>    70 E. 55th Street, 25th Floor<br>    New York, NY 10022<br>    Telephone: (212) 922-0450<br>    Facsimile:  (212) 922-0530<br>    emassamillo@kmalawfirm.com<br><br>    Richard A. Walker<br>    200 W. Madison Street, 16th Floor<br>    Chicago, IL 60606<br>    Telephone: (312-345-3000<br>    Facsimile: (312)-345-3119<br>    Email: rwalker@kmalawfirm.com |

| | |
|---|---|
| | *Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By:_____/s/_____<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile: (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____/s/_____<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile: (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____/s/_____<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile: (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____/s/_____<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile: (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____/s/_____<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile: (312) 499-6100<br>    sheilasundvall@paulhastings.com | BLANK ROME LLP<br><br>By:_____/s/_____<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com |

STIPULATION AND [PROPOSED] ORDER                           MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE                                Case No. 3:10-cv-02279-CRB

| *Attorneys for GE Aviation Systems, LLC and General Electric Co.* | *Attorneys for Rosemount Aerospace Inc.* |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>    Alan H. Collier<br>    Aghavni V. Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  October __, 2011

_____
   Hon. Charles R. Breyer