1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE AIR CRASH OVER THE
MID-ATLANTIC ON JUNE 1, 2009

_____

CHRISTINE THILL, individually and as Personal Representative of the Estate of GUSTAVE THILL, deceased

               Plaintiff,

vs.

AIRBUS S.A.S., a foreign corporation; HONEYWELL INTERNATIONAL, INC., a Delaware corporation; THALES AVIONICS, S.A., a foreign corporation; MOTOROLA, INC., a Delaware corporation; INTEL CORPORATION, a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation; HAMILTON SUNDSTRAND CORP., a Delaware corporation; GENERAL ELECTRIC CO., a New York corporation; GE AVIATION SYSTEMS, LLC, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; DUPONT CO., a Delaware corporation; and TYCO ELECTRONICS, a Delaware corporation,

               Defendants.

**MDL Docket No. 10-2144-CRB**

**This Document Relates To:**
**Case No. 3:10-CV-2289 -CRB**

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiff's claims in the above-captioned action is hereby dismissed with prejudice and without interest or costs to any party.

Dated: October __, 2011

| PODHURST ORSECK, P.A. | PERKINS COIE LLP |
|---|---|
| By: /s/<br>　　Steven C. Marks<br>　　Ricardo M. Martinez-Cid<br>　　Alexander Rundlet<br>　　25 West Flagler Street, Suite<br>　　Miami, FL 33130<br>　　Telephone:  (305) 358-2800<br>　　Facsimile:   (305) 358-2382<br>　　　smarks@podhurst.com<br>　　　rmcid@podhurst.com<br>　　　arundlet@podhurst.com<br><br>*Attorneys for Plaintiff* | By: /s/<br>　　John Dillow<br>　　V.L. Woolston<br>　　1201 Third Avenue, Suite 4800<br>　　Seattle, WA 98191<br>　　Telephone: (206) 359-8000<br>　　Facsimile:  (206) 359-9000<br>　　JDillow@perkinscoie.com<br>　　VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/<br>　　Thad T. Dameris<br>　　700 Louisiana Street, Suite 4300<br>　　Houston, TX 77002<br>　　Telephone: (713) 632-1400<br>　　Facsimile:  (713) 583-6297<br>　　Thad.dameris@hoganlovells.com<br><br>　　Norman J. Blears<br>　　525 University Avenue, 4th Floor<br>　　Palo Alto, CA 94301<br>　　Tel.: 650-463-4000<br>　　norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: /s/<br>　　Eugene Massamillo<br>　　70 E. 55th Street, 25th Floor<br>　　New York, NY 10022<br>　　Telephone: (212) 922-0450<br>　　Facsimile:  (212) 922-0530<br>　　emassamillo@kmalawfirm.com<br><br>　　Richard A. Walker<br>　　200 W. Madison Street, 16th Floor<br>　　Chicago, IL 60606<br>　　Telephone: (312-345-3000<br>　　Facsimile: (312)-345-3119<br>　　Email: rwalker@kmalawfirm.com |

| | |
|---|---|
| | *Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By: /s/<br> Lisa J. Savitt<br> 1001 Pennsylvania Avenue, N.W.<br> Washington, DC 20004<br> Telephone: (202) 624-2500<br> Facsimile: (202) 628-5116<br> lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: /s/<br> William V. O'Connor<br> 12531 High Bluff Drive Suite 100<br> San Diego, CA 92130<br> Telephone: (858) 720-5100<br> Facsimile: (858) 720-5125<br> woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/<br> Jonathan M. Stern<br> 750 Ninth Street, N.W. Suite 550<br> Washington, DC 20001<br> Telephone: (202) 419-4202<br> Facsimile: (202) 419-4252<br> jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/<br> Patrick E. Bradley<br> 136 Main Street, Suite 250<br> Princeton Forrestal Village<br> Princeton, NJ 08450<br> Telephone: (609) 987-0050<br> Facsimile: (609) 951-0824<br> pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: /s/<br> Sheila A. Sundvall<br> 191 North Wacker Drive, 30th Floor<br> Chicago, IL 60606<br> Telephone: (312) 499-6000<br> Facsimile: (312) 499-6100<br> sheilasundvall@paulhastings.com | BLANK ROME LLP<br><br>By: /s/<br> Raymond G. Mullady, Jr.<br> Watergate 600 New Hampshire Ave., NW<br> Washington, DC 20037<br> Telephone: (202) 772-5828<br> Facsimile: (202) 572-8414<br> mullady@blankrome.com |

STIPULATION AND [PROPOSED] ORDER      MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE          Case No. 3:10-cv-02289-CRB

| *Attorneys for GE Aviation Systems, LLC and General Electric Co.* | *Attorneys for Rosemount Aerospace Inc.* |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>   James W. Hunt<br>   Mark R. Irvine<br>   633 West Fifth Street, 60th Floor<br>   Los Angeles, CA 90071<br>   Telephone: (213) 873-2100<br>   Facsimile:  (213) 873-2125<br>   James.hunt@fitzhunt.com<br>   Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:_____/s/_____<br>   Alan H. Collier<br>   Aghavni V. Kasparian<br>   633 West Fifth Street, 60th Floor<br>   Los Angeles, CA 90071<br>   Telephone: (213) 873-2100<br>   Facsimile:  (213) 873-2125<br>   alan.collier@fitzhunt.com<br>   aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  October \_\_, 2011

_____
   Hon. Charles R. Breyer