UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 _____ This Document Relates to: OWONDO v. Airbus, SAS, et al. | **MDL Docket No. 10-2144-CRB** **This Document Relates To:** **Case No. C 10-2286-CRB** **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party.

Dated: October __, 2011

| PODHURST ORSECK, P.A. | PERKINS COIE LLP |
|---|---|
| By:_____/s/_____<br>   Steven C. Marks<br>   Ricardo M. Martinez-Cid<br>   Alexander Rundlet<br>   25 West Flagler Street, Suite<br>   Miami, FL 33130<br>   Telephone: (305) 358-2800 | By:_____/s/_____<br>   John Dillow<br>   V.L. Woolston<br>   1201 Third Avenue, Suite 4800<br>   Seattle, WA 98191<br>   Telephone: (206) 359-8000<br>   Facsimile: (206) 359-9000 |

| | |
|---|---|
| Facsimile:   (305) 358-2382<br>smarks@podhurst.com<br>rmcid@podhurst.com<br>arundet@podhurst.com<br><br>*Attorneys for Plaintiff* | JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP<br><br>By:        /s/<br>     Thad T. Dameris<br>     700 Louisiana Street, Suite 4300<br>     Houston, TX 77002<br>     Telephone: (713) 632-1400<br>     Facsimile:  (713) 583-6297<br>     Thad.dameris@hoganlovells.com<br><br>     Norman J. Blears<br>     525 University Avenue, 4th Floor<br>     Palo Alto, CA 94301<br>     Tel.: 650-463-4000<br>     norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By:        /s/<br>     Eugene Massamillo<br>     70 E. 55th Street, 25th Floor<br>     New York, NY 10022<br>     Telephone: (212) 922-0450<br>     Facsimile:  (212) 922-0530<br>     emassamillo@kmalawfirm.com<br><br>     Richard A. Walker<br>     200 W. Madison Street, 16th Floor<br>     Chicago, IL 60606<br>     Telephone: (312-345-3000<br>     Facsimile: (312)-345-3119<br>     Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By:        /s/<br>     Lisa J. Savitt<br>     1001 Pennsylvania Avenue, N.W.<br>     Washington, DC 20004<br>     Telephone: (202) 624-2500<br>     Facsimile:  (202) 628-5116<br>     lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:        /s/<br>     William V. O'Connor<br>     12531 High Bluff Drive Suite 100<br>     San Diego, CA 92130<br>     Telephone: (858) 720-5100<br>     Facsimile:  (858) 720-5125<br>     woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |

STIPULATION AND [PROPOSED] ORDER          MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE                         Case No. C 10-2286- CRB

| | |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:  /s/<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile:  (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:  /s/<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile:  (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:  /s/<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile:  (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:  /s/<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |
| FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:  /s/<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP<br><br>By:  /s/<br>    Alan H. Collier<br>    Aghavni V. Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated: October __, 2011

_____
   Hon. Charles R. Breyer