UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 _____ This Document Relates to: SALVADOR v. Airbus, SAS, et al. | **MDL Docket No. 10-2144-CRB** **This Document Relates To:** **Case No. C 10-2287-CRB** **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiff's claim in the above-captioned action is hereby dismissed with prejudice and without interest or costs to any party.

Dated: October __, 2011

| | |
|---|---|
| PODHURST ORSECK, P.A. By:_____ Steven C. Marks Ricardo M. Martinez-Cid Alexander Rundlet 25 West Flagler Street, Suite Miami, FL 33130 Telephone: (305) 358-2800 | PERKINS COIE LLP By:_____ John Dillow V.L. Woolston 1201 Third Avenue, Suite 4800 Seattle, WA 98191 Telephone: (206) 359-8000 Facsimile: (206) 359-9000 |

| | |
|---|---|
| Facsimile:   (305) 358-2382<br>smarks@podhurst.com<br>rmcid@podhurst.com<br>arundet@podhurst.com<br><br>*Attorneys for Plaintiff* | JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP<br><br>By:_____<br>　　Thad T. Dameris<br>　　700 Louisiana Street, Suite 4300<br>　　Houston, TX 77002<br>　　Telephone: (713) 632-1400<br>　　Facsimile:  (713) 583-6297<br>　　Thad.dameris@hoganlovells.com<br><br>　　Norman J. Blears<br>　　525 University Avenue, 4th Floor<br>　　Palo Alto, CA 94301<br>　　Tel.: 650-463-4000<br>　　norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By:_____<br>　　Eugene Massamillo<br>　　70 E. 55th Street, 25th Floor<br>　　New York, NY 10022<br>　　Telephone: (212) 922-0450<br>　　Facsimile:  (212) 922-0530<br>　　emassamillo@kmalawfirm.com<br><br>　　Richard A. Walker<br>　　200 W. Madison Street, 16th Floor<br>　　Chicago, IL 60606<br>　　Telephone: (312-345-3000<br>　　Facsimile: (312)-345-3119<br>　　Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By:_____<br>　　Lisa J. Savitt<br>　　1001 Pennsylvania Avenue, N.W.<br>　　Washington, DC 20004<br>　　Telephone: (202) 624-2500<br>　　Facsimile:  (202) 628-5116<br>　　lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>　　William V. O'Connor<br>　　12531 High Bluff Drive Suite 100<br>　　San Diego, CA 92130<br>　　Telephone: (858) 720-5100<br>　　Facsimile:  (858) 720-5125<br>　　woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |

| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____<br>  Jonathan M. Stern<br>  750 Ninth Street, N.W. Suite 550<br>  Washington, DC 20001<br>  Telephone: (202) 419-4202<br>  Facsimile:  (202) 419-4252<br>  jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>  Patrick E. Bradley<br>  136 Main Street, Suite 250<br>  Princeton Forrestal Village<br>  Princeton, NJ 08450<br>  Telephone: (609) 987-0050<br>  Facsimile:  (609) 951-0824<br>  pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>  Sheila A. Sundvall<br>  191 North Wacker Drive, 30th Floor<br>  Chicago, IL 60606<br>  Telephone: (312) 499-6000<br>  Facsimile:  (312) 499-6100<br>  sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>  Raymond G. Mullady, Jr.<br>  Watergate 600 New Hampshire Ave., NW<br>  Washington, DC 20037<br>  Telephone: (202) 772-5828<br>  Facsimile: (202) 572-8414<br>  mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By:_____<br>  James W. Hunt<br>  Mark R. Irvine<br>  633 West Fifth Street, 60th Floor<br>  Los Angeles, CA 90071<br>  Telephone: (213) 873-2100<br>  Facsimile:  (213) 873-2125<br>  James.hunt@fitzhunt.com<br>  Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By:_____<br>  Alan H. Collier<br>  Aghavni V. Kasparian<br>  633 West Fifth Street, 60th Floor<br>  Los Angeles, CA 90071<br>  Telephone: (213) 873-2100<br>  Facsimile:  (213) 873-2125<br>  alan.collier@fitzhunt.com<br>  aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

STIPULATION AND [PROPOSED] ORDER                           MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE                                      Case No. C 10-2287- CRB

**IT IS SO ORDERED.**

Dated: October __, 2011

_____
    Hon. Charles R. Breyer