MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-02144-CRB** |
| | **This Document Relates To:** **Case No. 10-CV-00977-CRB** |
| MIGUELA JUGUETA, et al., | |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AIRBUS S.A.S.; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the Plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party.

1   Dated:  November 4, 2011

2

3   BOWLES & VERNA, LLP                      PERKINS COIE LLP

4
    By:  /s/Michael P. Verna                 By:  /s/John Dillow
5        Michael P. Verna                         John Dillow
         Steven P. McFarlane                      V.L. Woolston
6        2121 N. California Blvd., Suite 875       1201 Third Avenue, Suite 4800
7        Walnut Creek, CA 94596                    Seattle, WA 98191
         Telephone: (925) 935-3300                 Telephone: (206) 359-8000
8        Facsimile:  (925) 935-0371                Facsimile:  (206) 359-9000
                                                   JDillow@perkinscoie.com
9   *Attorneys for Plaintiffs*                     VWoolston@perkinscoie.com

10
                                             *Attorneys for Intel Corporation*
11

12  HOGAN LOVELLS US LLP                     KAPLAN, MASSAMILLO & ANDREWS,
                                             LLC
13
    By:  /s/Thad T. Dameris                  By:  /s/Eugene Massamillo
14       Thad T. Dameris                          Eugene Massamillo
15       700 Louisiana Street, Suite 4300         70 E. 55th Street, 25th Floor
         Houston, TX 77002                        New York, NY 10022
16       Telephone: (713) 632-1400               Telephone: (212) 922-0450
17       Facsimile: (713) 583-6297               Facsimile: (212) 922-0530
         Thad.dameris@hoganlovells.com            emassamillo@kmalawfirm.com
18
         Norman J. Blears                          Richard A. Walker
19       525 University Avenue, 4th Floor          200 W. Madison Street, 16th Floor
         Palo Alto, CA 94301                       Chicago, IL 60606
20       Telephone: (650) 463-4000               Telephone: (312) 345-3000
21       norman.blears@hoganlovells.com          Facsimile: (312) 345-3119
                                                   Email: rwalker@kmalawfirm.com
22  *Attorneys for Airbus S.A.S.*
                                             *Attorneys for Thales Avionics, S.A.*
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                          MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                               Case No. 10-CV-00977-CRB

CROWELL & MORING LLP

By: /s/Lisa J. Savitt
    Lisa J. Savitt
    1001 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
    lsavitt@crowell.com

*Attorneys for E.I. du Pont de Nemours & Co.*

MORRISON & FOERSTER LLP

By: /s/William V. O'Connor
    William V. O'Connor
    12531 High Bluff Drive Suite 100
    San Diego, CA 92130
    Telephone: (858) 720-5100
    Facsimile: (858) 720-5125
    woconnor@mofo.com

*Attorneys for Honeywell International Inc.*

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/Jonathan M. Stern
    Jonathan M. Stern
    750 Ninth Street, N.W. Suite 550
    Washington, DC 20001
    Telephone: (202) 419-4202
    Facsimile: (202) 419-4252
    jstern@schnader.com

*Attorneys for Motorola, Inc.*

REED SMITH LLP

By: /s/Patrick E. Bradley
    Patrick E. Bradley
    136 Main Street, Suite 250
    Princeton Forrestal Village
    Princeton, NJ 08450
    Telephone: (609) 987-0050
    Facsimile: (609) 951-0824
    pbradley@reedsmith.com

*Attorneys for Rockwell Collins, Inc.*

PAUL HASTINGS JANOFSKY & WALKER LLP

By: /s/Sheila A. Sundvall
    Sheila A. Sundvall
    191 North Wacker Drive, 30th Floor
    Chicago, IL 60606
    Telephone: (312) 499-6000
    Facsimile: (312) 499-6100
    sheilasundvall@paulhastings.com

*Attorneys for GE Aviation Systems, LLC and General Electric Co.*

BLANK ROME LLP

By: /s/Raymond G. Mullady, Jr.
    Raymond G. Mullady, Jr.
    Watergate 600 New Hampshire Ave., NW
    Washington, DC 20037
    Telephone: (202) 772-5828
    Facsimile: (202) 572-8414
    mullady@blankrome.com

*Attorneys for Rosemount Aerospace Inc.*

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. 10-CV-00977-CRB

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP |
| By:   /s/James W. Hunt<br>      James W. Hunt<br>      Mark R. Irvine<br>      633 West Fifth Street, 60th Floor<br>      Los Angeles, CA 90071<br>      Telephone: (213) 873-2100<br>      Facsimile: (213) 873-2125<br>      James.hunt@fitzhunt.com<br>      Mark.irvine@fitzhunt.com | By:   /s/Alan H. Coller<br>      Alan H. Collier<br>      Aghavni Kasparian '<br>      633 West Fifth Street, 60th Floor<br>      Los Angeles, CA 90071<br>      Telephone: (213) 873-2100<br>      Facsimile: (213) 873-2125<br>      alan.collier@fitzhunt.com<br>      aghavni.kasparian@fitzhunt.com |
| *Attorneys for Tyco Electronics Corporation and Raychem Corporation* | *Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated:  November ___, 2011

_____

    Hon. Charles R. Breyer