1  MICHAEL P. VERNA (CA BAR #84070)
   STEVEN P. MCFARLANE (CA BAR #240488)
2  BOWLES & VERNA LLP
   2121 N. California Boulevard, Suite 875
3  Walnut Creek, California 94596
   Telephone: (925) 935-3300
4  Facsimile: (925) 935-0371
   Email: mverna@bowlesverna.com
5
6  Attorneys for Plaintiffs
7
8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11
12
13  IN RE AIR CRASH OVER THE
    MID-ATLANTIC ON JUNE 1, 2009                  **MDL Docket No. 10-02144-CRB**
14
15
                                                  **This Document Relates To:**
16                                                **Case No. CV-10-5513-CRB**
    ASMAA GUENNOON, et al.,
17
18                      Plaintiffs,              **STIPULATION AND [PROPOSED]**
                                                 **ORDER OF DISMISSAL WITH**
19  vs.                                          **PREJUDICE**
20  AIRBUS S.A.S.; et al.,
21
22                      Defendants.
23
24
25          IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the

26  respective parties hereto that:

27          1. The claims of Plaintiff ASMAA GUENNOON in the above-captioned action are hereby

28  dismissed with prejudice and without interest or costs to any party; and

STIPULATION AND [PROPOSED] ORDER                          MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                               Case No. CV-10-5513-CRB

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated: November 29, 2011

| | |
|---|---|
| BOWLES & VERNA, LLP | PERKINS COIE LLP |
| By: /s/Michael P. Verna<br>Michael P. Verna<br>Steven P. McFarlane<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-3300<br>Facsimile: (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By: /s/John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312) 345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: _/s/Lisa J. Savitt_<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile:  (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: _/s/William V. O'Connor_<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile:  (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: _/s/Jonathan M. Stern_<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile:  (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: _/s/Patrick E. Bradley_<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile:  (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: _/s/Sheila A. Sundvall_<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile:  (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: _/s/Raymond G. Mullady, Jr._<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |

FITZPATRICK & HUNT, TUCKER,
COLLOER, PAGANO, AUBERT, LLP

By:   /s/James W. Hunt
     James W. Hunt
     Mark R. Irvine
     633 West Fifth Street, 60th Floor
     Los Angeles, CA 90071
     Telephone: (213) 873-2100
     Facsimile:  (213) 873-2125
     James.hunt@fitzhunt.com
     Mark.irvine@fitzhunt.com

*Attorneys for Tyco Electronics Corporation*

FITZPATRICK & HUNT, TUCKER,
COLLOER, PAGANO, AUBERT, LLP

By:   /s/Alan H. Collier
     Alan H. Collier
     Aghavni Kasparian
     633 West Fifth Street, 60th Floor
     Los Angeles, CA 90071
     Telephone: (213) 873-2100
     Facsimile:  (213) 873-2125
     alan.collier@fitzhunt.com
     aghavni.kasparian@fitzhunt.com

*Attorneys for Hamilton Sundstrand Corporation*

**IT IS SO ORDERED.**

Dated:  November __, 2011

_____
   Hon. Charles R. Breyer