MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-02144-CRB** |
| | **This Document Relates To:** **Case No. CV-10-5513-CRB** |
| ASMAA GUENNOON, et al., Plaintiffs, vs. AIRBUS S.A.S.; et al., Defendants. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff ASMAA BERGHAZI in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated:  November 29, 2011

| BOWLES & VERNA, LLP<br><br>By:  /s/Michael P. Verna<br>    Michael P. Verna<br>    Steven P. McFarlane<br>    2121 N. California Blvd., Suite 875<br>    Walnut Creek, CA 94596<br>    Telephone: (925) 935-3300<br>    Facsimile:  (925) 935-0371<br><br>*Attorneys for Plaintiffs* | PERKINS COIE LLP<br><br>By:  /s/John Dillow<br>    John Dillow<br>    V.L. Woolston<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98191<br>    Telephone: (206) 359-8000<br>    Facsimile:  (206) 359-9000<br>    JDillow@perkinscoie.com<br>    VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
|---|---|
| HOGAN LOVELLS US LLP<br><br>By:  /s/Thad T. Dameris<br>    Thad T. Dameris<br>    700 Louisiana Street, Suite 4300<br>    Houston, TX 77002<br>    Telephone: (713) 632-1400<br>    Facsimile:  (713) 583-6297<br>    Thad.dameris@hoganlovells.com<br><br>    Norman J. Blears<br>    525 University Avenue, 4th Floor<br>    Palo Alto, CA 94301<br>    Telephone: (650) 463-4000<br>    norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By:  Eugene Massamillo<br>    Eugene Massamillo<br>    70 E. 55th Street, 25th Floor<br>    New York, NY 10022<br>    Telephone: (212) 922-0450<br>    Facsimile:  (212) 922-0530<br>    emassamillo@kmalawfirm.com<br><br>    Richard A. Walker<br>    200 W. Madison Street, 16th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 345-3000<br>    Facsimile: (312) 345-3119<br>    Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | |
|---|---|
| **CROWELL & MORING LLP**<br><br>By: /s/Lisa J. Savitt<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | **MORRISON & FOERSTER LLP**<br><br>By: /s/William V. O'Connor<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| **SCHNADER HARRISON SEGAL & LEWIS LLP**<br><br>By: /s/Jonathan M. Stern<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | **REED SMITH LLP**<br><br>By: /s/Patrick E. Bradley<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| **PAUL HASTINGS JANOFSKY & WALKER LLP**<br><br>By: /s/Sheila A. Sundvall<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | **BLANK ROME LLP**<br><br>By: /s/Raymond G. Mullady, Jr.<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |

1

2  FITZPATRICK & HUNT, TUCKER,                FITZPATRICK & HUNT, TUCKER,
3  COLLOER, PAGANO, AUBERT, LLP               COLLOER, PAGANO, AUBERT, LLP

4

5  By: /s/James W. Hunt                       By: /s/Alan H. Collier
       James W. Hunt                              Alan H. Collier
6      Mark R. Irvine                             Aghavni Kasparian
       633 West Fifth Street, 60th Floor          633 West Fifth Street, 60th Floor
7      Los Angeles, CA 90071                      Los Angeles, CA 90071
       Telephone: (213) 873-2100                  Telephone: (213) 873-2100
8      Facsimile: (213) 873-2125                  Facsimile: (213) 873-2125
9      James.hunt@fitzhunt.com                    alan.collier@fitzhunt.com
       Mark.irvine@fitzhunt.com                   aghavni.kasparian@fitzhunt.com
10

11  *Attorneys for Tyco Electronics Corporation*    *Attorneys for Hamilton Sundstrand Corporation*

12

13

**IT IS SO ORDERED.**

14

Dated: November __, 2011

15

16

17  _____
       Hon. Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                        MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                             Case No. CV-10-5513-CRB