FILED

UNITED STATES COURT OF APPEALS

JAN 17 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, | No. 11-16771 |
| | D.C. Nos.    3:10-cv-05513-CRB |
| | 3:10-md-02144-CRB |
| AIRBUS SAS; et al., | Northern District of California, San Francisco |
| Defendants - Appellees. | |
| | ORDER |

The December 5, 2011 order is amended to state that the dismissal of the appellants listed in that order results in the dismissal of that appeal only in its entirety.

A copy of this order provided to the district court shall act as and for the amended mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

cb /Pro Mo