**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2012

CASE NUMBER: **C:10-md-2144 CRB**
CASE : In re : AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009
DATE MANDATE FILED: 1/23/12

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Distribution: CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16