UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| JOZSEFNE GALLASZ, individually and as successor-in-interest and Personal Representative of the Estate of Jozsef Gallasz, deceased; ATTILA GALLASZ, individually as an heir to Jozsef Gallaz, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBUS S.A.S.; AIRBUS AMERICAS SALES, INC.; HONEYWELL INTERNATIONAL, INC.; THALES AVIONICS S.A.; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CORPORATION; ROCKWELL COLLINS, INC.; HAMILTON SUNDSTRAND CORPORATION; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; ROSEMOUNT AEROSPACE INC.; GOODRICH CORP.; E.I. DU PONT DE NEMOURS AND CO.; and TYCO ELECTRONICS CORPORATION (AKA RAYCHEM CO.),<br><br>Defendants. | **This Document Relates To:**<br>Case No. 10-cv-2354<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the
2  respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby
3  dismissed with prejudice and without interest or costs to any party.
4  Dated: ~~December xx, 2011~~ January 24, 2012

| ENGSTROM, LIPSCOMB & LACK | GIRARDI KEESE |
|---|---|
| By: _____/s/_____ <br> Walter Lack <br> Mark E. Millard <br> 10100 Santa Monica Boulevard <br> Suite 1200 <br> Los Angeles, CA 90067-4113 <br> Telephone: (310) 552-3800 <br> Facsimile: (310) 552-9434 <br> wlack@elllaw.com <br> mmillard@elllaw.com <br> *Attorneys for Plaintiffs* | By: ___/s/ Mark E. Millard___ <br> Thomas V. Girardi <br> David R. Lira <br> Keith D. Griffin <br> 1126 Wilshire Boulevard <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-0211 <br> Facsimile: (213) 481-1554 <br> tgirardi@girardikeese.com <br> kgriffin@girardikeese.com <br> *Attorneys for Plaintiffs* |
| HOGAN LOVELLS US LLP <br><br> By: ___/s/ Mark E. Millard___ <br> Thad T. Dameris <br> 700 Louisiana Street, Suite 4300 <br> Houston, TX 77002 <br> Telephone: (713) 632-1400 <br> Facsimile: (713) 583-6297 <br> Thad.dameris@hoganlovells.com <br><br> Norman J. Blears <br> 525 University Avenue, 4th Floor <br> Palo Alto, CA 94301 <br> Tel.: 650-463-4000 <br> norman.blears@hoganlovells.com <br><br> *Attorneys for Airbus S.A.S. and Airbus Americas Sales, Inc.* | KAPLAN, MASSAMILLO & ANDREWS, LLC <br><br> By: ___/s/ Mark E. Millard___ <br> Eugene Massamillo <br> 70 E. 55th Street, 25th Floor <br> New York, NY 10022 <br> Telephone: (212) 922-0450 <br> Facsimile: (212) 922-0530 <br> emassamillo@kmalawfirm.com <br><br> Richard A. Walker <br> 200 W. Madison Street, 16th Floor <br> Chicago, IL 60606 <br> Telephone: (312-345-3000 <br> Facsimile: (312)-345-3119 <br> Email: rwalker@kmalawfirm.com <br><br> *Attorneys for Thales Avionics, S.A. and Thales U.S.A., Inc.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>   Lisa J. Savitt<br>   1001 Pennsylvania Avenue, N.W.<br>   Washington, DC 20004<br>   Telephone: (202) 624-2500<br>   Facsimile: (202) 628-5116<br>   lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>   William V. O'Connor<br>   12531 High Bluff Drive Suite 100<br>   San Diego, CA 92130<br>   Telephone: (858) 720-5100<br>   Facsimile: (858) 720-5125<br>   woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____<br>   Jonathan M. Stern<br>   750 Ninth Street, N.W. Suite 550<br>   Washington, DC 20001<br>   Telephone: (202) 419-4202<br>   Facsimile: (202) 419-4252<br>   jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/ *[signature]* /for<br>   Patrick E. Bradley<br>   136 Main Street, Suite 250<br>   Princeton Forrestal Village<br>   Princeton, NJ 08450<br>   Telephone: (609) 987-0050<br>   Facsimile: (609) 951-0824<br>   pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>   Sheila A. Sundvall<br>   191 North Wacker Drive, 30th Floor<br>   Chicago, IL 60606<br>   Telephone: (312) 499-6000<br>   Facsimile: (312) 499-6100<br>   sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>   Raymond G. Mullady, Jr.<br>   Watergate 600 New Hampshire Ave., NW<br>   Washington, DC 20037<br>   Telephone: (202) 772-5828<br>   Facsimile: (202) 572-8414<br>   mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:  /s/ Mark E. Millard<br>   Lisa J. Savitt<br>   1001 Pennsylvania Avenue, N.W.<br>   Washington, DC 20004<br>   Telephone: (202) 624-2500<br>   Facsimile: (202) 628-5116<br>   lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:  /s/ Mark E. Millard<br>   William V. O'Connor<br>   12531 High Bluff Drive Suite 100<br>   San Diego, CA 92130<br>   Telephone: (858) 720-5100<br>   Facsimile: (858) 720-5125<br>   woconnor@mofo.com<br><br>*Attorneys for Honeywell International In* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: [signature] 1/19/2012<br>   Jonathan M. Stern<br>   750 Ninth Street, N.W. Suite 550<br>   Washington, DC 20001<br>   Telephone: (202) 419-4202<br>   Facsimile: (202) 419-4252<br>   jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>   Patrick E. Bradley<br>   136 Main Street, Suite 250<br>   Princeton Forrestal Village<br>   Princeton, NJ 08450<br>   Telephone: (609) 987-0050<br>   Facsimile: (609) 951-0824<br>   pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:  /s/ Mark E. Millard<br>   Sheila A. Sundvall<br>   191 North Wacker Drive, 30th Floor<br>   Chicago, IL 60606<br>   Telephone: (312) 499-6000<br>   Facsimile: (312) 499-6100<br>   sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>   Raymond G. Mullady, Jr.<br>   Watergate 600 New Hampshire A\<br>   Washington, DC 20037<br>   Telephone: (202) 772-5828<br>   Facsimile: (202) 572-8414<br>   mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.; Goodrich Corp.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2
Case No. 1i

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile: (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile: (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/ Jonathan M. Stern   1/19/2012<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile: (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile: (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile: (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: /s/ Raymond G. Mullady, Jr.   1/19/12<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>James W. Hunt<br>Mark R. Irvine<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>James.hunt@fitzhunt.com<br>Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>Alan H. Collier<br>Aghavni V. Kasparian<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>alan.collier@fitzhunt.com<br>aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |
| PERKINS COIE LLP<br><br>By: /s/ Mark E. Millard<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* | |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer

# CERTIFICATE OF SERVICE

## MDL Docket No. 10-2144-CRB

*Gallasz, et al. v. Airbus Societe Air France, et al.*
Case No. 10-cv-2354

I hereby certify that on January 26, 2012, the **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically using the USDC, Northern District's EM/ECF Courtlink to Electronic Filing and served on all counsel listed on the Certificate of Service Mailing List, first class mail.

By: /s/ Sonia Edwards
    SONIA EDWARDS