FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009.<br><br>MARTIN ANDREASSON, as personal reprentative of the Estate of Laura Rahal; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>        Defendants - Appellees. | Nos. 11-16716, 11-16719, 11-16720, 11-16722, 11-16723, 11-16724, 11-16725, 11-16726, 11-16730, 11-16731, 11-16733, 11-16735, 11-16736, 11-16737 11-16738, 11-16742, 11-16744, 11-16757, 11-16769<br><br>D.C. Nos.   3:10-cv-00558-CRB<br>                  3:10-cv-02263-CRB<br>                  3:10-cv-02274-CRB<br>                  3:10-cv-02278-CRB<br>                  3:10-cv-02280-CRB<br>                  3:10-cv-02290-CRB<br>                  3:10-cv-02420-CRB<br>                  3:10-cv-04120-CRB<br>                  3:10-cv-04121-CRB<br>                  3:10-cv-04122-CRB<br>                  3:10-cv-04908-CRB<br>                  3:10-cv-04967-CRB<br>                  3:10-cv-04968-CRB<br>                  3:10-cv-04969-CRB<br>                  3:10-cv-04970-CRB<br>                  3:10-cv-04971-CRB<br>                  3:10-cv-04972-CRB<br>                  3:10-cv-04973-CRB<br>                  3:10-cv-04974-CRB<br>                  3:10-md-02144-CRB<br>Northern District of California, San Francisco<br><br>ORDER |

ec/MOATT

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' opposed motion to remand these consolidated appeals to the district court is denied.

Appellants' alternative motion for an extension of the briefing schedule is granted.

The consolidated opening brief and excerpts of record are due May 23, 2012; the consolidated answering brief is due July 23, 2012; and the optional consolidated reply brief is due September 7, 2012.