FILED

JUL 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, | No. 11-16719 |
| ANTONIO MANOEL MENDONCA, individually and as personal representative of the Estate of Marco Antonio Camargos Mendonca, | D.C. Nos.  3:10-cv-04121-CRB<br>3:10-md-02144-CRB<br>Northern District of California, San Francisco |
| Plaintiff - Appellant, | ORDER |
| v. | |
| AIRBUS SAS; et al., | |
| Defendants - Appellees. | |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,<br><br>OSVALDO BULOS SEBA, as Personal Representative of the Estate of Luciana Clarkson Seba,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>        Defendants - Appellees. | No. 11-16720<br><br>D.C. Nos.   3:10-cv-04969-CRB<br>                3:10-md-02144-CRB<br><br>Northern District of California,<br>San Francisco |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,<br><br>JOSE MACARIO FAUSTO MELLO, individually and as personal representative of the Estate of Carlos Eduardo Lopes de Mello,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>        Defendants - Appellees. | No. 11-16723<br><br>D.C. Nos.   3:10-cv-04122-CRB<br>                    3:10-md-02144-CRB<br>Northern District of California,<br>San Francisco |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, <br><br> DANIELA MORTARI CARRILHO, individually and as personal representative of the Estate of Walter Nascimento Carriljo, Jr., AKA Daniela Carrilho, <br><br>    Plaintiff - Appellant, <br><br>  v. <br><br> AIRBUS SAS; et al., <br><br>    Defendants - Appellees. | No. 11-16725 <br><br> D.C. Nos.   3:10-cv-04908-CRB <br>               3:10-md-02144-CRB <br><br> Northern District of California, San Francisco |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, <br><br> CLAUDIO MOREIRA HENRIQUES, Individually and as Personal Representative of the Estate of Adrian Moreira Henriques, deceased; et al., <br><br>       Plaintiffs - Appellants, <br><br>  v. <br><br> AIRBUS SAS; et al., <br><br>       Defendants - Appellees. | No. 11-16735 <br><br> D.C. Nos.   3:10-cv-02290-CRB <br>            3:10-md-02144-CRB <br> Northern District of California, <br> San Francisco |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,<br><br>ALICE MARIA DA SILVA, individually and as personal representative of the Estate of Joao Marques Da Silva Fiho,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>        Defendants - Appellees. | No. 11-16736<br><br>D.C. Nos.   3:10-cv-04971-CRB<br>                3:10-md-02144-CRB<br>Northern District of California,<br>San Francisco |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,<br><br>ANIBAL FONESCA LIMA FILHO, individually and as personal representative of the Estate of Marcelle Valpacos Fonseca Lima,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>AIRBUS SAS; et al.,<br><br>   Defendants - Appellees. | No. 11-16737<br><br>D.C. Nos. 3:10-cv-04972-CRB<br>     3:10-md-02144-CRB<br>Northern District of California,<br>San Francisco |

CLR/Mediation

| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, | No. 11-16744 |
|---|---|
| | D.C. Nos.   3:10-cv-04974-CRB |
| PAULO ELIAS, as personal representative of the Estate of Simone Jacomo dos Santos Elias, | 3:10-md-02144-CRB |
| | Northern District of California, San Francisco |
| Plaintiff - Appellant, | |
| v. | |
| AIRBUS SAS; et al., | |
| Defendants - Appellees. | |

CLR/Mediation

| | |
|---|---|
| In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009, <br><br> RENATO MACHADO COTTA, Individually and as Personal Representative of the Estate of Bianca Pires Cotta, <br><br>    Plaintiff - Appellant, <br><br>  v. <br><br> AIRBUS SAS; et al., <br><br>    Defendants - Appellees. | No. 11-16769 <br><br> D.C. Nos.  3:10-cv-04970-CRB <br>          3:10-md-02144-CRB <br><br> Northern District of California, San Francisco |

Appellants' motion to dismiss these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation