**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 10, 2012

CASE NUMBER:   **CV 10-md-02144 CRB** (C-10-4121 CRB, C-10-4969 CRB, C-10-4122 CRB, C-10-4908 CRB, C-10-2290 CRB, C-10-4791 CRB, C-10-4972 CRB, C-10-4974 CRB, C-10-4970 CRB)

CASE TITLE:   **In re  Air Crash Over the Mid-Atlantic on June 1, 2009**

DATE MANDATE FILED:   7/10/12

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

Distribution:   CIVIL        -        Counsel of Record

CRIMINAL   -        Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16