FILED

FEB 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009,

---

WINFRIED SCHMIDT, Individually and as Co-Personal Represenative of the Estate of Julia Chaves de Miranda Schmidt, deceased; et al.,

Plaintiffs - Appellants,

v.

AIRBUS SAS; et al.,

Defendants - Appellees.

No. 11-16726

D.C. Nos. 3:10-cv-02280-CRB
3:10-md-02144-CRB
Northern District of California,
San Francisco

ORDER

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation