# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB** |
| **This Document Relates To:** | |
| **Case Nos. 10-cv-2263; 10-cv-2274; 10-cv-2278; 10-cv-2280; 10-cv-2290; 10-cv-2420; 10-cv-4120; 10-cv-4121; 10-cv-4122; 10-cv-4908; 10-cv-4967; 10-cv-4968; 10-cv-4969; 10-cv-4970; 10-cv-4971; 10-cv-4972; 10-cv-4973; 10-cv-4974; 11-cv-558.** | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned actions are hereby dismissed with prejudice and without interest or costs to any party.

Dated: May 15th, 2013

| | |
|---|---|
| PODHURST ORSECK, P.A.<br><br>By: *s/Stephen F. Rosenthal*<br>Aaron S. Podhurst<br>Steven C. Marks<br>Stephen F. Rosenthal<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382<br>srosenthal@podhurst.com<br><br>*Attorneys for Plaintiffs* | PERKINS COIE LLP<br><br>By: *s/John Dillow*<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |

| | |
|---|---|
| HOGAN LOVELLS US LLP<br><br>By: *s/Thad T. Dameris*<br>    Thad T. Dameris<br>    700 Louisiana Street, Suite 4300<br>    Houston, TX 77002<br>    Telephone: (713) 632-1400<br>    Facsimile:  (713) 583-6297<br>    Thad.dameris@hoganlovells.com<br><br>    Norman J. Blears<br>    525 University Avenue, 4th Floor<br>    Palo Alto, CA 94301<br>    Tel.: 650-463-4000<br>    norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By: *s/Eugene Massamillo*<br>    Eugene Massamillo<br>    70 E. 55th Street, 25th Floor<br>    New York, NY 10022<br>    Telephone: (212) 922-0450<br>    Facsimile:  (212) 922-0530<br>    emassamillo@kmalawfirm.com<br><br>    Richard A. Walker<br>    200 W. Madison Street, 16th Floor<br>    Chicago, IL 60606<br>    Telephone: (312-345-3000<br>    Facsimile: (312)-345-3119<br>    Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |
| CROWELL & MORING LLP<br><br>By: *s/Lisa J. Savitt*<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile:  (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: *s/William V. O'Connor*<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile:  (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: *s/Jonathan M. Stern*<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile:  (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: *s/Patrick E. Bradley*<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile:  (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |

STIPULATION AND [PROPOSED] ORDER                                      MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE

| PAUL HASTINGS JANOFSKY & WALKER LLP | BLANK ROME LLP |
|---|---|
| By: *s/Sheila A. Sundvall*<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile:  (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | By: *s/Raymond G. Mullady, Jr.*<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: *s/James W. Hunt*<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    james.hunt@fitzhunt.com<br>    mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: *s/Alan H. Collier*<br>    Alan H. Collier<br>    Aghavni V. Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated: _____


_____
    Hon. Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER                                    MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE