# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | **MDL Docket No. 10-2144-CRB** |
| JOSE ANGELO DARDENGO, as Personal Representative of the Estate of LEONARDO VELOSO DARDENGO, deceased; et al., | **This Document Relates To: Case No. 10-cv-4948** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HONEYWELL INTERNATIONAL, INC; MOTOROLA, INC.; FREESCALE SEMICONDUCTOR, INC.; INTEL CORPORATION; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; ROSEMOUNT AEROSPACE, INC.; DUPONT CO.; and TYCO ELECTRONICS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of plaintiffs Sueli De Souza Barbosa Anastacio, Renato Machado Cotta, Karla Martins Dos Santos, Anibal Fonseca Lima Filho, Aldair Gomes de Oliveira, Fernando Schnabl, Adda Esteves de Amorim, Monica De Paiva Carvalho Monlevad, Andre Luiz Cordeiro Porcaro, Hercilio Eucebio Machado, Juliana Vale, Daniela Mortari Carrilho, Paulo Elias, Claudio Moreira Henriques, Jose Macario Fausto De Mello, Antonio Manoel Mendonca, Osvaldo Bulos Seba, Alice

Maria da Silva, and Francisco Eugenio Moscon De Faria in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned plaintiffs and entry of final judgment dismissing such claims hereby is Ordered.

Dated:  May 15th , 2013

| PODHURST ORSECK, P.A.<br><br>By:  *s/Stephen F. Rosenthal*<br>    Aaron S. Podhurst<br>    Steven C. Marks<br>    Stephen F. Rosenthal<br>    25 West Flagler Street, Suite 800<br>    Miami, Florida 33130<br>    Telephone:  (305) 358-2800<br>    Facsimile:   (305) 358-2382<br>    srosenthal@podhurst.com<br><br>*Attorneys for Plaintiffs* | PERKINS COIE LLP<br><br>By:  *s/John Dillow*<br>    John Dillow<br>    V.L. Woolston<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98191<br>    Telephone: (206) 359-8000<br>    Facsimile:  (206) 359-9000<br>    JDillow@perkinscoie.com<br>    VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| --- | --- |
| CROWELL & MORING LLP<br><br>By:  *s/Lisa J. Savitt*<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile:  (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:  *s/William V. O'Connor*<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile:  (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:  *s/Jonathan M. Stern*<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile:  (202) 419-4252<br>    jstern@schnader.com<br>*Attorneys for Motorola, Inc. and Freescale Semiconductor, Inc.* | REED SMITH LLP<br><br>By:  *s/Patrick E. Bradley*<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile:  (609) 951-0824<br>    pbradley@reedsmith.com<br>*Attorneys for Rockwell Collins, Inc.* |

STIPULATION AND [PROPOSED] ORDER                                         MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE                                                              Case No.10-cv-4948

| | |
|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: *s/Sheila A. Sundavall*<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile:  (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for General Electric Co.* | BLANK ROME LLP<br><br>By: *s/Raymond G. Mullady, Jr.*<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.* |
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: *s/James W. Hunt*<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    james.hunt@fitzhunt.com<br>    mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: *s/Alan H. Collier*<br>    Alan H. Collier<br>    Aghavni V. Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile:  (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated: _____

_____
   Hon. Charles R. Breyer