UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| PATRICIA E.E. COAKLEY, MISE B.E. COAKLEY, PATRICK D.A. COAKLEY, and DOMINIC P.G. COAKLEY,<br><br>Plaintiffs,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, INTEL CO., AIRBUS, S.A.S., AIRBUS AMERICAS, INC., HONEYWELL INTERNATIONAL, INC., ROCKWELL COLLINS, INC., THALES GROUP, THALES AVIONICS, S.A., THALES U.S.A., INC., MOTOROLA, INC., HAMILTON SUNDSTRAND CORP., GENERAL ELECTRIC CO., GE AVIATION SYSTEMS, LLC, ROSEMOUNT AEROSPACE, INC., and E.I. du PONT de NEMOURS AND COMPANY,<br><br>Defendants. | **This Document Relates To:**<br>**Case No. 11-cv-2570**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice. Each party shall bear his, her or its own costs and attorney's fees in this action.

Dated: August 30, 2013

| COBLENTZ, PATCH, DUFFY & BASS LLP | PERKINS COIE LLP |
|---|---|
| By: /s/ Howard A. Slavitt<br>Richard R. Patch<br>Howard A. Slavitt<br>One Ferry Building, Suite 200<br>San Francisco, California 94111<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663<br>ef-rrp@cpdb.com<br>ef-has@cpdb.com | By: /s/ John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com |
| *Attorneys for Plaintiffs* | *Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/ Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Tel.: 650-463-4000<br>norman.blears@hoganlovells.com | By: /s/ Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312-345-3000<br>Facsimile: (312)-345-3119<br>Email: rwalker@kmalawfirm.com |
| *Attorneys for Airbus S.A.S. and Airbus Americas, Inc.* | *Attorneys for Thales Avionics, S.A., Thales Group, and Thales USA, Inc.* |

| | |
|---|---|
| CROWELL & MORING LLP | MORRISON & FOERSTER LLP |
| By: /s/ Lisa J. Savitt<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com | By: /s/ William V. O'Connor<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com |
| *Attorneys for E.I. du Pont de Nemours and Company* | *Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP | REED SMITH LLP |
| By: /s/ Jonathan M. Stern<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com | By: /s/ Patrick E. Bradley<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com |
| *Attorneys for Motorola, Inc.* | *Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP | BLANK ROME LLP |
| By: /s/ Sheila A. Sundvall<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com | By: /s/ Raymond G. Mullady, Jr.<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com |
| *Attorneys for GE Aviation Systems, LLC and General Electric Co.* | *Attorneys for Rosemount Aerospace Inc.* |

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

14559.001 2525503v1
STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

3

MDL Docket No. 10-2144-CRB
Case No. 11-cv-2570

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP |
| By: /s/ James W. Hunt<br>James W. Hunt<br>Mark R. Irvine<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>james.hunt@fitzhunt.com<br>mark.irvine@fitzhunt.com | By: /s/ Alan H. Collier<br>Alan H. Collier<br>Aghavni V. Kasparian<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>alan.collier@fitzhunt.com<br>aghavnu.kasparian@fitzhunt.com |
| *Attorneys for Tyco Electronics Corporation* | *Attorneys for Hamilton Sundstrand Corporation* |

**IT IS SO ORDERED.**

Dated: Sept. 4, 2013



_____
Hon. Charles R. Breyer

*Coblentz, Patch, Duffy & Bass LLP*
*One Ferry Building, Suite 200, San Francisco, California 94111-4213*
*415.391.4800 · Fax 415.989.1663*

14559.001 2525503v1
STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

4

MDL Docket No. 10-2144-CRB
Case No. 11-cv-2570